1   Rosemary M. Rivas (State Bar No. 209147)
    rrivas@finkelsteinthompson.com
2   Mark Punzalan (State Bar No. 247599)
    mpunzalan@finkelsteinthompson.com
3   **FINKELSTEIN THOMPSON LLP**
4   100 Bush Street, Suite 1450
    San Francisco, California 94104
5   Telephone: (415) 398-8700
6   Facsimile: (415) 398-8704

7   Attorneys for Individual and Representative
    Plaintiff Lindsay Kamakahi
8
9   [Additional Counsel Listed on Signature Page]

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

12  LINDSAY KAMAKAHI, an individual, on behalf      Case No.      **1781 JCS**
13  of herself and all others similarly situated,

                                                    **CLASS ACTION COMPLAINT**
14          Plaintiff,
                                                    **DEMAND FOR JURY TRIAL**
15      vs.

16
    AMERICAN SOCIETY FOR REPRODUCTIVE
17  MEDICINE; SOCIETY FOR ASSISTED                  E-filing
18  REPRODUCTIVE TECHNOLOGY; PACIFIC
    FERTILITY CENTER,
19
20          Defendants.

21
22      Plaintiff Lindsay Kamakahi ("Plaintiff"), based upon personal knowledge, information, belief,

23  and the investigation of counsel, alleges as follows:

24                          **NATURE OF THE ACTION**

25      1.      This action challenges, as *per se* illegal under Section 1 of the Sherman Act, a horizontal

26  price fixing agreement among purchasers of human egg donor services ("Donor Services"). As

27  described more fully herein, Donor Services consist of the time, inconvenience, labor, and discomfort

28

incurred by women who agree to supply their own human eggs for assisted fertility and reproductive procedures ("AR Eggs").

2. Specifically, in 2000, Defendant American Society for Reproductive Medicine ("ASRM") promulgated certain rules setting forth the maximum compensation its members should pay for Donor Services ("Maximum Price Rules"), and Defendant Society for Assisted Reproductive Technology ("SART") adopted Maximum Price Rules.

3. SART-member fertility clinics ("SART Clinics") agreed amongst themselves to follow the Maximum Price Rules, as did agencies serving such clinics. Their agreement constitutes a contract, combination, and conspiracy in restraint of trade that is a *per se* violation of the Sherman Act.

4. This action is brought as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of a plaintiff Class, defined more fully below, consisting of all women who sold Donor Services directly to a member of the Defendant Class (defined below) during the Class Period defined below. ("Plaintiff Class").

5. This action is brought against defendants SART and ASRM. This action is also brought against defendant Pacific Fertility Center, both in its individual capacity and as representative of a Defendant Class, defined more fully below, consisting of all SART Clinics and all AR Egg agencies (other than those who purchased Donor Services in Indiana) that were either signatories to an agreement to abide by the Maximum Price Rules or otherwise agreed to adhere to such rules, and that paid for Donor Services during the Class Period ("Defendant Class").

## JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1337 (commerce and antitrust regulation), as this action arises under Section 1 of the Sherman Act, 15 U.S.C. § 1, and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15(a) and 26. The Court also has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(d), in that this is a class action in which the matter or controversy exceeds the sum of $5,000,000, exclusive of interest and costs, and in which some members of the proposed class are citizens of a state different from the Defendants.

CLASS ACTION COMPLAINT

7. Venue is proper because Defendants reside, are found, have agents, and transact business in this District as provided in 28 U.S.C. § 1391(b) and (c) and in Sections 4 and 12 of the Clayton Act, 15 U.S.C. §§ 15 and 22.

8. The Court has personal jurisdiction over Defendants and because, *inter alia*, they: (a) transacted business throughout the United States, including in this District; (b) had substantial contacts with the United States, including in this District; and (c) were engaged in an illegal anticompetitive scheme that was directed at and had the intended effect of causing injury to persons residing in, located in, or doing business throughout the United States, including in this District.

## PARTIES

9. Plaintiff Lindsay Kamakahi sold Donor Services in this District during the Class Period.

10. Defendant American Society for Reproductive Medicine ("ASRM") is an organization "devoted to advancing knowledge and expertise in reproductive medicine." ASRM membership is multidisciplinary and consists of medical professionals and corporations located throughout the United States. It has its headquarters at 1209 Montgomery Highway, Birmingham, Alabama 35216-2809 and has a public relations office in Washington, DC. It is incorporated in California. A central function of ASRM's Ethics Committee is the publication of "ethics reports" setting forth certain ethical standards for reproductive professionals, and a central function of ASRM's Practice Committee is to promulgate guidelines and standards to be followed by reproductive professionals

11. Defendant Society for Assisted Reproductive Technology ("SART") is an affiliated society to ASRM. It bills itself as the "primary organization of professionals dedicated to the practice of assisted reproductive technologies in the United States." According to its website, SART's members include over 392 practices, representing over 85% of the clinics engaged in the practice of assisted reproductive technologies in the United States. Its mission is "to set and to help maintain the standards for assisted reproductive technologies" including guidelines regarding ethical considerations, laboratory practice and proper advertising." It has its headquarters at 1209 Montgomery Highway, Birmingham, AL 35216-2809, which is the same address as the ASRM's headquarters.

- 3 -

12. Defendant Pacific Fertility Center is a SART-member Fertility Clinic located at 55 Francisco Street, Suite 500, San Francisco, CA 94133 that purchased Donor Services from Class Members (including the Plaintiff Class Representative) during the Class Period. It is being sued on its own behalf and as a class representative on behalf of the Defendant Class defined below.

## CLASS ACTION ALLEGATIONS

### Plaintiff Class

13. Plaintiff brings this action under Federal Rules of Civil Procedure 23(b)(2) and (b)(3) on her own behalf and on behalf of the following Plaintiff Class:

All women who, at any time during the time period starting four years prior to the filing date of this complaint to the present (the "Class Period"), sold Donor Services for the purpose of supplying AR Eggs to be used for reproductive purposes, within the United States and its territories, to any Defendant Class member (defined *infra*).

14. The Plaintiff Class is so numerous, and its members so geographically dispersed throughout the United States, that joinder of all Plaintiff Class members would be impracticable. While the exact number of Plaintiff Class members is unknown at this time, Plaintiff believes that there are, at least, thousands of members of the Plaintiff Class and that their identities are contained in Defendants' books and records.

15. Plaintiffs' claims are typical of the claims of the other members of the Plaintiff Class. Plaintiff and other members of the Plaintiff Class sold Donor Services at artificially low, non-competitive levels as a result of the actions of the Defendant Class and the restraint of trade alleged herein. Plaintiff and the members of the Plaintiff Class have all sustained damage compensable under federal antitrust law.

16. Plaintiff will fairly and adequately protect the interests of the members of the Plaintiff Class and has retained counsel competent and experienced in class action and antitrust litigation.

17. Defendants and the Defendant Class have acted or refused to act on grounds generally applicable to the Plaintiff Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole.

- 4 -

18. Common questions of law and fact exist as to all members of the Plaintiff Class and predominate over any questions solely affecting individual members of the Plaintiff Class. Among the questions of law and fact common to the Plaintiff Class are:

    a. Whether Defendants engaged in a contract, combination or conspiracy among themselves to fix, maintain, or stabilize the price of Donor Services purchased in the United States;

    b. Whether the conduct of Defendants caused the prices of Donor Services to be artificially depressed;

    c. Whether Defendants' conduct caused injury to the members of the Class and, if so, the proper measure of damages; and

    d. Whether an injunction voiding the Maximum Price Rules should issue.

19. A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all Plaintiff Class members is impracticable. The prosecution of separate actions by individual members of the Plaintiff Class would impose heavy burdens upon the courts and Defendants, and would create a risk of inconsistent or varying adjudications of the questions of law and fact common to the Plaintiff Class. A class action would achieve substantial economies of time, effort and expense, and would assure uniformity of decision as to persons similarly situated without sacrificing procedural fairness.

## Defendant Class

20. This action is brought under Federal Rules of Civil Procedure 23(b)(2) and (b)(3) against a Defendant Class consisting of:

All SART-member Fertility Clinics and all AR Egg Agencies that agreed to comply with SART/ASRM rules on donor egg compensation and who paid for Donor Services at any time during the time period starting four years prior to the filing date of this complaint to the present. Excluded from the Defendant Class are all SART-member Fertility Clinics and AR Egg Agencies located in the state of Indiana.

21. The Defendant Class representative is Pacific Fertility Center.

- 5 -

1    22.    The Defendant Class is so numerous, and its members so geographically dispersed, that
2  joinder of all members is impracticable. There are hundreds of members of the Defendant Class located
3  throughout the United States.

4    23.    All Defendant Class members were engaged in an illegal anticompetitive scheme that
5  was directed at and had the intended effect of causing injury to persons residing in, located in, or doing
6  business throughout the United States, including in this District.

7    24.    Each Defendant Class Member demonstrates its membership in the Defendant Class by
8  virtue of its membership in SART or, in the case of AR Egg Agencies, by agreeing to the Maximum
9  Price Rules.

10    25.    Each Defendant Class Member is jointly and severally liable for the total damages caused
11  by the Defendant Class.
12

13    26.    Pacific Fertility Center is typical of the Defendant Class. Pacific Fertility Center, and
14  members of the Defendant Class, paid for Donor Services at artificially low, non-competitive prices in
15  connection with the restraint of trade alleged herein. Pacific Fertility Center and members of the
16  Defendant Class have all benefitted in that they paid artificially low prices for Donor Services due to
17  Defendants' conduct in violation of federal law as complained of herein.

18    27.    Pacific Fertility Center will fairly and adequately protect the interests of the members of
19  the Defendant Class.

20    28.    Common questions of law and fact exist as to all members of the Defendant Class and
21  predominate over any questions solely affecting individual members of the Defendant Class. Among
22  the questions of law and fact common to the Defendant Class are:

23        a.  Whether Defendant Class Members engaged in a contract, combination or conspiracy
24            among themselves to fix, maintain, or stabilize the price of Donor Services in the United
25            States;

26        b.  Whether the conduct of Defendant Class Members caused the price of Donor Services to
27            be artificially depressed; and
28

- 6 -

c. Whether Defendant Class Members conduct caused injury to the members of the Plaintiff Class and, if so, the proper measure of damages.

29. A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all Defendant Class members is impracticable. The prosecution of separate actions against individual Defendant Class members would impose heavy burdens upon the courts and Plaintiffs, and would create a risk of inconsistent or varying adjudications of the questions of law and fact common to the Defendant Class. A class action would achieve substantial economies of time, effort and expense, and would assure uniformity of decision as to persons similarly situated without sacrificing procedural fairness.

## RELEVANT MARKET

30. Defendants' Maximum Price Agreement is *per se* illegal and requires no allegations of market definition.

31. Plaintiffs also allege, in the alternative, that the Maximum Price Agreement is anticompetitive and illegal under the Rule of Reason.

32. For purposes of the Rule of Reason, the Relevant Product Market is the market for Donor Services. The Defendant Class controls over 85% of the purchasing market for Donor Services.

33. The Relevant Geographic Market is the United States.

## INTERSTATE TRADE AND COMMERCE

34. The business activities of Defendants that are subject of this action were within the flow of, and substantially affected, interstate trade and commerce.

35. During the Class Period, Defendants transacted business in multiple states in a continuous and uninterrupted flow of interstate commerce throughout the United States.

## FACTS

### Assisted Reproductive Eggs in the United States

### Background

36. AR Eggs (also known as "oocytes") are a necessary component of human reproduction. There is no available substitute.

- 7 -

37.    While most AR Eggs are naturally produced by women who become pregnant, some are provided by females who provide Donor Services ("AR Egg Providers") by undergoing an extensive screening process and an administered cycle of hormones to medically induce ovulation.

38.    AR Eggs acquired from AR Egg Providers are used to enable women whose ovaries do not produce enough healthy eggs to become pregnant.

39.    AR Egg Providers go through a thorough screening and testing process before becoming eligible to provide their eggs.

40.    The screening process requires potential AR Egg Providers to first compile and disclose a detailed medical and psychological history about themselves and their close blood relatives, including questions about their use of cigarettes, alcohol, and both prescription and illegal drugs.

41.    AR Egg Providers are also required to have a physical examination, including a pelvic exam. As a part of this exam, AR Egg Providers are screened for infectious diseases, including gonorrhea, chlamydia, syphilis, hepatitis B and C, HTLV-1, and HIV. AR Egg Providers are also screened for inherited diseases and undergo psychological screening.

42.    In the event the potential AR Egg Provider passes the screening process, the AR Egg Provider must then go through the egg donation process.

43.    This requires the AR Egg Provider to receive a three-week course of painful hormone injections, aimed at stimulating egg production. During this period, the donor cannot have unprotected sex, smoke, or drink alcohol, and must receive permission to take any other drugs.

44.    While receiving hormone treatment, AR Egg Providers must also receive frequent blood tests and ultrasound examinations to track the developing eggs and to monitor reaction to the hormones, thereby requiring frequent doctor visits.

45.    Short-term side effects during treatment include mood swings, fluid retention, and enlarged ovaries. Occasionally, AR Egg Providers suffer serious side effects.

46.    When the eggs are ready for retrieval, they are removed from the AR Egg Provider's ovaries in a surgical procedure called *transvaginal ovarian aspiration*. Following the procedure, the AR Egg Provider may require several days of restricted activity to recover.

- 8 -

CLASS ACTION COMPLAINT

**The Donor Services Market**

47.     Persons seeking to acquire AR Eggs do so through one of four means:

a.     Through an individual donating for the benefit of a close friend or family member;

b.     Through a full-service fertility clinic's ("Fertility Clinic") paid-provider recruitment program;

c.     Through an egg-donor agency ("AR Egg Agency") that recruits through a paid provider program; or

d.     Through a paid egg donor recruited directly by the person seeking to acquire the AR Eggs, either independently or through a broker, agent, or other intermediary.

48.     Since it is difficult (and frequently impossible) for an individual seeking AR Eggs to find a desirable person willing to provide Donor Services for no compensation, the majority of AR Eggs are acquired from women who are compensated for their services.

49.     Such payment is necessary to provide incentive for AR Egg Providers to go through the arduous process of providing AR Eggs. Most Fertility Clinics and AR Egg Agencies actively recruit AR Egg Providers with the promise of compensation for their Donor Services, including the time, effort, discomfort, and health risks resulting from the medical procedures involved.

50.     The Donor Services market involves sales of approximately $80 million annually.

**Fertility Clinics and AR Egg Agencies Agree to Follow SART and ASRM Rules**

51.     The Donor Services market is largely self-regulated. There are no federal laws or regulations governing economic compensation for Donor Services. Plaintiff is aware of only two states with laws governing compensation for Donor Services: Louisiana, which bars such payments, and Indiana, which provides for a statutory cap on such payments.

52.     Assisted reproductive technology professionals agree to abide by ethical and professional standards promulgated by ASRM's Ethics Committee and ASRM's Practice Committee. Indeed, all SART-member clinics must agree to abide by these standards as a condition of membership. One commentator has noted this agreement "is intended to discourage any possible governmental legislation that would encumber the free practice US doctors now enjoy."

- 9 -

53. SART, ASRM, and their member clinics openly admit that they have agreed to comply with ASRM's rules. For example, a September 25, 2009 press release issued by ASRM noted that clinics who wish to become members of SART are "required to" agree to "[a]dhere to all standards and recommendations of the ASRM Practice Committee" and to "[a]dhere to all standards and recommendations of the ASRM Ethics Committee."

54. Similarly, a "frequently asked questions" page on SART's web site notes that "SART members must agree to . . . abide by all practice, laboratory, ethical, and advertising guidelines" as part of SART's "rigorous requirements for membership." These practice and ethical "guidelines" include the Maximum Price Rules.

55. Moreover, SART sent a letter to certain AR Egg Agencies in February 2006 noting that Fertility Clinics must "comply with . . . ASRM and SART guidelines as a requirement of SART membership."

56. SART-member clinics comprise approximately 85% of the assisted reproductive clinics in the United States. One observer has noted that "[a]lmost uniformly, the major, mainstream IVF clinics are SART members and therefore 'SART compliant.'"

## The Illegal Agreement

### Background

57. ASRM has long been concerned about the prices paid AR Egg Providers for AR Eggs used for reproductive purposes, and have promulgated ethical guidelines concerning such payments since at least 1994.

58. Prior to 2000, ASRM's standards of practice merely stated that compensation for AR Donor Services "should not be so excessive as to constitute undue inducement" but neither organization had quantified a maximum (or indeed any) specific price.

### ASRM Promulgates an Artificially Low Fixed Price for Donor Services

59. In 2000, ASRM, SART, and its members determined it would formally suppress the price paid to AR Egg Providers for Donor Services.

- 10 -

1    60.    Thus, in 2000, ASRM's Ethics Committee promulgated a report entitled "Financial

2    Incentives in Recruitment of AR Egg Providers." ("2000 Maximum Price Report").

3    61.    The 2000 Maximum Price Report specifically set forth the Maximum Price Rules, which

4    reflect what ASRM believes Fertility Clinics and AR Egg Agencies should pay for Donor Services.

5    That Report stated "at this time sums of $5000 or more require justification and sums above $10,000 go

6    beyond what is appropriate."

7    62.    The rates set forth in the Maximum Price Rules were originally keyed to the market rates

8    for sperm donation, i.e. by taking the average price a sperm donor receives for a donation, computing an

9    hourly rate based on that price, and then multiplying that hourly rate by the number of hours it takes for

10   an egg donor to donate eggs. That number was then purportedly slightly adjusted upwards to account

11   for the additional inconveniences of Donor Services.

12

13   63.    However, one commentator recently noted that Egg Donors receive an "average hourly

14   compensation of between roughly $75 and $93 for time spent in a medical setting, *about the same as*

15   *hourly sperm donor rates*." (emphasis added).

16   64.    In 2007, ASRM reaffirmed the $5000 and $10,000 Maximum Price Rules in a report

17   entitled "Financial Compensation of Oocyte Donors." ("2007 Maximum Price Report").

18   65.    The rates called for by the Maximum Price Rules have never increased in the ten years

19   since they were initially promulgated.

20   66.    ASRM's Practice Committee has repeatedly issued rules requiring compliance with the

21   Maximum Price Rules.

22   67.    For example, the ASRM Report entitled "2002 Guidelines for gamete and embryo

23   donation" specifically noted that "[c]ompensation to the donor should be in compliance with the"

24   maximum prices set forth in the 2000 Maximum Price Report.

25   68.    Similarly, ASRM's "2006 Guidelines for gamete and embryo donation" noted that

26   "[c]ompensation to [AR Egg Providers] should be in compliance with the ASRM Ethics Committee

27   report on the subject."

28

- 11 -

69. ASRM's "2008 Guidelines for gamete and embryo donation" made an identical observation, i.e. that "[c]ompensation to [AR Egg Providers] should be in compliance with the ASRM Ethics Committee report on the subject."

## SART Member Fertility Clinics Agreed to the Fixed Price

70. As previously mentioned, SART-member Fertility Clinics agree to "[a]dhere to all standards and recommendations" of ASRM's Practice and Ethics Committees as a requirement of their membership in SART.

71. Consistent with this obligation, SART-member Fertility Clinics agreed to abide by the Maximum Price Rules.

72. This agreement was memorialized in, *inter alia*, a 2006 letter from SART indicating that its members were required to agree to the Maximum Price Rules.

73. A survey of approximately 375 websites of SART-member clinics found that of those that mentioned the price for donor services, all of them were at or under $10,000.

74. Moreover, certain SART-member Fertility Clinics and AR Egg Agencies admit their agreement to the Maximum Price Rules on their websites.

75. For example, Defendant Pacific Fertility Center's web site noted during the Class Period that "[b]ecause of [its] continued efforts to practice medicine within guidelines set forth by ASRM and SART, egg donors participating in our program will NOT be paid above $10,000 per cycle."

## AR Egg Agencies Serving SART Member Fertility Clinics Agreed to the Fixed Price

76. As some SART-member Fertility Clinics procure AR Eggs from AR Egg Agencies, AR Egg Agencies serving SART-member Fertility Clinics have also agreed to comply with the Maximum Price Rules.

77. In May 2005, SART sent a letter to independent AR Egg Agencies informing them that all AR Egg Agencies serving SART-member clinics were expected to agree to comply with the Maximum Price Rules, and requesting those agencies sign an agreement to abide by those rules and inform the SART-member clinics with whom they worked of their agreement. In exchange, AR Egg Agencies signing the agreement would be listed on SART's web site, and their names would be

- 12 -

CLASS ACTION COMPLAINT

provided to two national infertility organizations (RESOLVE and the American Fertility Organization) to provide information to patients seeking guidance in their efforts to locate AR Egg Agencies.

78.    Many AR Egg Agencies did so.

79.    In February 2006, SART sent a second letter to AR Egg Agencies. This letter first noted that SART clinics agreed to comply with the Maximum Price Rules as a requirement of SART membership. It then noted that the names of AR Egg Agencies who had signed the agreement to comply with the Maximum Price Rules had been posted on SART's website and again requested the AR Egg Agencies sign such an agreement. The letter also noted that a failure to comply with the Maximum Price Rules would result in removal of their agencies from the list of SART-approved donor programs.

80.    In March 2011 ASRM's web site contained a document listing the names and addresses of all AR Egg Agencies that had signed an agreement to comply with the Maximum Price Rules. It is attached hereto as Attachment A and contains the following text:

The egg donor agencies listed below have signed an agreement with the Society for Assisted Reproductive Technology (SART) that they do and will abide by the American Society for Reproductive Medicine (ASRM) Ethics and Practice committees' guidelines governing . . . *financial compensation of oocyte donors*.

(emphasis added)

81.    In March 2011, SART's web site contained a similar list, attached hereto as Attachment B and prefaced by text reading:

The egg donor agencies listed below have signed an agreement with the Society for Assisted Reproductive Technology (SART) that they do and will abide by the American Society for Reproductive Medicine (ASRM) Ethics and Practice committees' guidelines governing . . . *financial compensation of oocyte donors*.

(emphasis added).

82.    AR Egg Agencies acknowledge this agreement.

83.    For example, AR Egg Agency and Defendant Class Member ConceiveAbilities, Inc. noted on its web site that "ConceiveAbilities strictly adheres to the guidelines as established by the

- 13 -

American Society for Reproductive Medicine (asrm.org) which state egg donor compensation more than $10,000 is unethical. Simply stated, a reputable agency will adhere to the guidelines and those that don't should be viewed with extreme skepticism."

84.     AR Egg Agency and Defendant Class Member Tiny Treasures, LLC's web site noted that it "adheres to ASRM guidelines" and that "[c]ompensation requests may not exceed $10,000 per the guidelines set forth by the American Society for Reproductive Medicine."

85.     AR Egg Agency and Defendant Class Member Conceptual Options' web site noted that "[w]e abide by all ASRM and SART guidelines . . . A single donor will not be paid more than $5000 without written justification and payments of $10,000 or more are not appropriate."

86.     AR Egg Agency and Defendant Class Member The Donor Source noted on its web site that it "is compliant with all regulations and standards set forth by the American Society for Reproductive Medicine," which would necessarily include the Maximum Price Rules.

87.     AR Egg Agency and Defendant Class Member The Stork Society's web site noted "[t]he ASRM guideline states that, 'Total payments to donors in excess of $5,000 require justification and sums above $10,000 are not appropriate.' Donors will NOT be paid over $10,000 under any circumstance."

88.     AR Egg Agency and Defendant Class Member Beverly Hills Egg Donation's web site noted "in compliance with ASRM/SART Guidelines, donor fees start at $6500, but will never be more than $9500."

89.     AR Egg Agency and Defendant Class Member Peas in a Pod, Inc. noted on its web site that "[o]ur agency prides itself in adhering to the ASRM's guidelines."

90.     The web site of San Diego Fertility Center's AR Egg Agency and Defendant Class Member (Egg Donor for You) notes that "[e]gg donor[s] are paid compensation based on American Society of Reproductive Medicine guidelines."

91.     AR Egg Agency and Defendant Class Member A Perfect Match's web site notes that "[w]e abide by all ASRM and SART guidelines regarding financial compensation of oocyte donors."

1      92.     AR Egg Agency and Defendant Class Member Circle Surrogacy notes that it "complies

2   with ASRM guidelines for egg donation compensation."

3      93.     AR Egg Agency and Defendant Class Member Heartfelt Egg Donation's web site states it

4   "has signed an agreement with the Society for Assisted Reproductive Technology (SART) that states

5   that we will abide by the American Society for Reproductive Medicine (ASRM) Ethics Committee

6   Guidelines governing the payment of egg donors. The guidelines pertaining to appropriate donor

7   compensation specifically state: 'Total payments to donors in excess of $5,000 require justification and

8   sums above $10,000 are not appropriate.' Donors will not be compensated over $10,000 under any

9   circumstance"

10      94.     AR Egg Agency and Defendant Class Member Asian Egg Donation LLC's web site

11   states its "suggested compensation for Donors is $6000-$8000. Compensation requests may not exceed

12   $10,000 per the guidelines set forth by the American Society for Reproductive Medicine (ASRM)."

13

14      95.     AR Egg Agency and Defendant Class Member Fertility Resources of Houston LLC's

15   web site states that it "has agreed to be responsible for providing services in accordance with," among

16   other things, the Minimum Price Rules.

17      96.     AR Egg Agency and Defendant Class Member Prime Genetics, LLC's web site states

18   that it "strictly complies with ASRM guidelines on Egg Donor compensation. Most Egg Donors are

19   compensated $5000 for their time, inconvenience, discomfort and other related services. ASRM

20   guidelines require justification for compensation paid in excess of $5000 and prohibits compensation

21   over $10,000 under any circumstance."

22      97.     AR Egg Agency and Defendant Class Member Heartfelt Egg Donation's web site notes

23   that it "has signed an agreement with the Society for Assisted Reproductive Technology (SART) that

24   states that we will abide by the American Society for Reproductive Medicine (ASRM) Ethics

25   Committee Guidelines governing the payment of egg donors."

26   //

27   //

28

### Fertility Clinics and AR Egg Agencies' Compliance with the Maximum Price Agreement Has Suppressed the Price of Donor Services

98.    SART-member Fertility Clinics and AR Egg Agencies serving SART-member clinics have successfully suppressed the price of Donor Services to prices within the range set by the Maximum Price Rules.

99.    Indeed, a 2007 survey performed for SART reported that SART-member Fertility Clinics paid an average of $4,217 for AR Eggs per donor cycle, while AR Egg Agencies serving SART-member Fertility Clinics paid an average of $5,200 per donor cycle.

100.    An article recounting the results of that survey was published in the journal <u>Fertility and Sterility</u>. That article noted "the vast majority of clinics" are following the Maximum Price Rules.

101.    Defendant Class Members' agreement to comply with the Maximum Price Rules violates the antitrust laws. Indeed, one commentator has made the following observation:

> This naked price-fixing of egg donor compensation is so unusual in the modern U.S.
> regulatory environment of unrestrained competition that the most intriguing question it
> raises is not whether it violates the Sherman Act—under existing precedent it does.
> Rather, the relevant question is how, given the government's substantial enforcement
> resources and the presence of an active and entrepreneurial plaintiffs' bar, this buyers'
> cartel has managed to survive unchallenged since at least 2000.

### ANTITRUST INJURY

102.    During the Class Period, Plaintiff and the members of the Plaintiff Class sold Donor Services to Defendant Class members in the United States.

103.    Plaintiff and members of the Class have suffered injury of the type that the antitrust laws are designed to punish and prevent. The price-fixing agreement eliminated price competition among SART member clinics in the procurement of Donor Eggs, a necessary component in the provision of AR Services.

104.    By collectively agreeing to maintain artificially low supply prices for Donor Eggs, Defendant Clinics have been able to reap anti-competitive profits for themselves. Plaintiff and the

- 16 -

1   members of the Egg Donor Class have been injured by the absence of a competitive market for the

2   supply of Donor Eggs because they have been paid less for Donor Services than they would have been

3   paid absent the Maximum Price Rules. Plaintiffs and the members of the Class were injured and

4   financially damaged in their businesses and property, in amounts that are not presently determined. As

5   the direct victims of Defendants' antitrust violations, Plaintiffs are efficient enforcers of the antitrust

6   claims made herein.

7         105.   As set forth above, the average hourly rate Egg Donors receive for Donor Services is

8   approximately the same as the hourly rate received by sperm donors. Since the process of donating eggs

9   is far more painful and risky than is the process for donating sperm, a price paid for Donor Services that

10   does not account for those difference must be artificially low.

11

## COUNT ONE

12

### SHERMAN ACT SECTION ONE (15 U.S.C. § 1)

13

#### Maximum Price Fixing

14

15         106.   Plaintiffs reallege each allegation set forth above, as if fully set forth herein.

16         107.   Defendants have entered into a *per se* maximum price fixing agreement, in violation of

17   Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1.

18         108.   In the alternative, if evaluated under the Rule of Reason, the Maximum Price Agreement

19   is an unreasonable restraint of trade in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. §

20   1.

21         109.   In formulating and effectuating the Maximum Price Agreement, Defendants engaged in

22   anti-competitive activities, the purpose and effect of which were to artificially suppress the price paid to

23   Class Members for Donor Services. These activities include the following:

24           a.   agreeing to pay certain prices for Donor Services and otherwise fix, raise, maintain,

25              and/or stabilize the prices of Donor Services; and

26           b.   paying certain prices for Donor Services, thereby fixing the price of Donor Services at

27              the agreed-upon rates.

28         110.   The illegal combination and conspiracy alleged had the following effects, among others:

- 17 -

a. price competition in the pricing for the purchase of Donor Services for reproductive uses and, consequently, the price of such purchases has been restrained, suppressed, or eliminated;

b. prices paid by Defendants for Donor Services for reproductive purposes has been fixed, raised, maintained, and/or stabilized at artificially low, non-competitive levels by the fixing of prices of Donor Services;

c. payments received by Class Members for Donor Services for reproductive purposes has been fixed, raised, maintained, and/or stabilized at artificially low, non-competitive levels by the fixing of prices of Donor Services; and

d. Class Members have been deprived of the benefit of free and open competition.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that:

A. The Court certify the Plaintiff Class and appoint Plaintiff as Plaintiff Class Representative.

B. The Court certify the Defendant Class and appoint Defendant Pacific Fertility Center as Defendant Class Representative.

C. Defendants be adjudged to violate Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1.

D. The Court declare the Maximum Price Rules to be unlawful and null and void.

E. Judgment be entered for Plaintiff and members of the Plaintiff Class against Defendants and the Defendant Class for three times the amount of damages sustained by Plaintiff and the Plaintiff Class, together with the costs of the action, including reasonable attorneys' fees, and such other relief as is appropriate.

F. Defendants, their affiliates, successors, transferees, assignees, and the officers, directors, partners, agents and employees thereof, and all other persons acting or claiming to act on their behalf, be permanently enjoined and restrained from, in any manner, continuing, maintaining, or renewing the contract, combination, or conspiracy alleged herein, or from engaging in any other contract, combination, or conspiracy having similar purpose or

1      effect, and from adopting or following and practice, plan, program, or device having a

2      similar purpose or effect.

3      G.    Plaintiffs and the members of the Plaintiff Class have such other, further, and different

4      relief as the case may require and the Court may deem just and proper under the

5      circumstances.

6 DATED: April 12, 2011            **FINKELSTEIN THOMPSON LLP**

7

8                  By: _Rosemary M. Rivas_

9                     Rosemary M. Rivas

10           Mark Punzalan

11           100 Bush Street, Suite 1450
          San Francisco, California 94104

12           Telephone: (415) 398-8700
          Facsimile: (415) 398-8704

13

14           Douglas G. Thompson
          dthompson@finkelsteinthompson.com

15           Michael G. McLellan
          mmclellan@finkelsteinthompson.com

16           **FINKELSTEIN THOMPSON LLP**
          1050 30th Street NW

17           Washington, DC 20007
          Telephone: 202-337-8000

18           Facsimile: 202-337-8090

19

20           Bryan Clobes
          bclobes@cafferyfaucher.com

21           Ellen Meriweather
          emeriwether@caffertyfaucher.com

22           **CAFFERTY FAUCHER LLP**
          1717 Arch Street, Suite 3610

23           Philadelphia, PA 19103

24           Telephone: 215-864-2800
          Facsimile: 215-864-2810

25

26           Counsel for Individual and Representative
          Plaintiff Lindsay Kamakahi

27

28

- 19 -
CLASS ACTION COMPLAINT

# ATTACHMENT A



**AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE**

## Egg Donor Agencies

The egg donor agencies listed below have signed an agreement with the Society for Assisted Reproductive Technology (SART) that they do and will abide by the American Society for Reproductive Medicine (ASRM) Ethics and Practice committees' guidelines governing repetitive oocyte donation, financial compensation of oocyte donors, 2008 Guidelines for Gamete and Embryo Donation, as well as all HIPPAA and all applicable federal and state laws on gamete donation for donors.  Each of the egg donor agencies listed below has paid a small registration fee to SART to be listed. SART has reviewed the contents of the external websites listed below.

THIS INFORMATION IS SELF-REPORTED AND HAS NOT BEEN VERIFIED BY EITHER ASRM OR SART.

Arizona | California | Colorado | Florida | Idaho | Illinois | Indiana | Massachusetts | Maryland | Michigan | Minnesota | Nevada | New Jersey | New York | North Carolina | Ohio | Oregon | Pennsylvania | Puerto Rico | Tennessee | Texas | Utah | Washington

| **Arizona** | **Colorado** | **New York** |
|---|---|---|
| **Precious Wonders** | **An Eggceptional Match, LLC** | **Rite Options** |
| 2155 East Conference Drive | PO Box 1646 | 1225 Franklin Avenue, Suite 325 |
| Suite 115 | Castle Rock CO 80104 | Garden City NY 11530 |
| Tempe AZ 85284 | 720/733-0184 720/733-0184 | 516/512-8888 516/626-6246 |
| 480/889-1209 480/897-1283 | info@donatedeggs.com | info@riteoptions.com |
| ejacox@ftcivf.com | www.donated-eggs.com | www.riteoptions.com |
| www.preciouswonders.com | | |
| | **ConceiveAbilities, Inc.** | **MyDonor.net** |
| | 5445 DTC Parkway, Penthouse 4 | 24 East 12th Street, Suite A-F |
| | Greenwood Village CO 80111 | New York NY 10003 |
| | 303/486-6868 303/398-7001 | 212/691-6600 |

## California

**Egg Donation Inc.**
15821 Ventura Boulevard
Suite 675
Encino, CA 91436
818/385-0950 818/385-0951
kiara@eggdonor.com
www.eggdonor.com

**F Williams Donor Egg Services**
PO Box 16577
Beverly Hills CA 90209
323/293-5500 323/293-5500
fwilliams@fwdonoreggs.com
www.fwdonoreggs.com

**Beverly Hills Egg Donation**
468 N Camden Dr., #200
Beverly Hills CA 90210
310/601-3132 310/694-9063
donorinfo@bhed.com
www.bhed.com

**B Coming**
9595 Wilshire Blvd #900
Beverly Hills Ca, 90212
310/247-0616 310/247-0059
info@b-coming.com
www.b-coming.com

**Peas in a Pod, Inc.**
P.O. Box 696
Glendora, CA 91741
818/314-3737
annamarie@peasinapodinc.com
www.peasinapodinc.com

info@conceiveabilities.com
www.conceiveabilities.com

## Florida

**A Jewish Blessing, LLC**
12480 Hatton Chase Lane East
Jacksonville, FL 32258
866/383-3829 904/2629794
jewishbaby1@yahoo.com
www.ajewishblessing.com

**Eggceptional Donor Group**
401 East Las Olas Blvd, Ste 130-238
Fort Lauderdale FL 33301
954/294-6961 954/587-2027
jennifer@eggceptionaldonors.com
www.eggceptionaldonors.com

**Bundles of Joy LLC**
3389 Sheridan Street, #424
Hollywood FL 33021
954/987-5802 954/332-2466
svogel@bundlesofjoyllc.com
www.bundlesofjoyllc.com

**Our Fairy Godmother, LLC**
5625 Strand Blvd, Suite 501
Naples FL 34110
877/240-4351 941/870-4308
info@ourfairygodmother.com
www.ourfairygodmother.com

**Loving Donation**
1331 S International Parkway
Suite 2291
Lake Mary FL 32746

info@mydonor.net
www.mydonor.net

**Donor Services**
106 West 96th Street, #4B
New York NY 10025
212/665-5559
donorservices@aol.com
www.donorservicesofny.com

**Tiny Treasures Agency, LLC**
1230 Avenue of the Americas, 7th Fl.
New York, New York 10020
917/677-9090 / 888/512-5885
newyork@tinytreasuresagency.com
www.tinytreasuresagency.com

## North Carolina

**Baby Steps Egg Donation and Egg
Surrogate Agency**
P.O. Box 731
Selma, NC 27576
919/965-3621 919/965-4177
jenny@babystepping.com
www.babystepping.com

## Ohio

**Compassionate Beginnings LLC**
PO Box 25
Terrace Park OH 45174
800/417-8835 513/965-0734
info@conceivablebeginnings.com
www.conceivablebeginnings.com

**The Donor Source International, LLC**
2151 Michelson Drive
Suite 164
Irvine, CA 92612
949/ 872-2800 877/385-0487
http://www.TheDonorSOURCE.com

**Attorney Diane Michelsen**
3190 Old Tunnel Road
Lafayette CA 94549
925/945-1880 925/933-6807
info@lodm.com
www.lodm.com

**The Genesis Group**
9025 Wilshire Boulevard, Suite 215
Beverly Hills CA 90212
310/550-6889 310/978-7666
info@genesiseggdonation.com
www.genesiseggdonation.com

**The Center for Egg Options**
840 Apollo Avenue, Suite 218
El Segundo, CA 90245
310/546-6786
ceo@eggoption.com
www.eggoption.com

**Creative Conception, Inc**
23832 Rockfield Boulevard, Ste 255
Lake Forest CA 92630
949/597-3191 949/597-3199
ccinceggs@aol.com
www.creativeconception.net

**The Donor Egg Bank, Inc**
1127 Wilshire Boulevard, Ste 1414
Los Angeles CA 90017

407/682-6604
lauria@lovingdonation.com
www.LovingDonation.com

**Open Arms Consultants**
3412 Clark Road, Suite 100
Sarasota FL 34231
941/741-4994 941/744-1942
www.openarmsconsultants.com

## Idaho

**Nationwide Egg Donation**
PO Box 533
Meridian ID 83680
208/895-8667 208/895-8072
tiffany@nationwideeggdonation.com
www.nationwideeggdonation.com

**Giving Hope Egg Donation**
2000 E Kamay Drive
Meridian, ID 83646
208/884-0455 208/445-1000
katy@givinghopellc.com
www.givinghopellc.com

## Illinois

**Alternative Reproductive Resources**
2000 North Racine, Suite 2182
Chicago IL 60614
773/327-7315 773/327-0334
arrinfo@arr1.com
www.arr1.com

**Family Source Consultants LLC**
1000 Essington Road

**Reproductive Assistance, Inc.**
PO Box 404
Terrace Park OH 45174
513/831-9207
lhenkel@zoomtown.com
www.reproductiveassistanceinc.com

## Oklahoma

**The Stork Society**
5030 North May Ave., #222
Oklahoma City, OK 73112
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

## Oregon

**Creating New Generations**
PO Box 1318
Coos Bay OR 97420
541/266-8284 541/267-8467
andrea@creatingnewgenerations.com
www.creatingnewgenerations.com

## Pennsylvania

**Seeds Center**
PO Box 670, Spring Hill Village
Hamlin PA 18427
800/733-1673 570/689-5170
info@seedscenter.com
www.seedscenter.com

310/406-5350 310/868-2933
info@donoreggbankinc.com
www.donoreggbankinc.com

**Egg Donor Conceptions, Inc.**
1246 Armacost Ave., #402
Los Angeles, CA 90025
310/295-8021 888/872-8105
marissa@eggdonorconceptions.com
www.eggdonorconceptions.com

**Growing Generations**
5757 Wilshire Boulevard, Suite 601
Los Angeles CA 90036
323/965-7500 323/965-0900
family@growinggenerations.com
www.growinggenerations.com

**L.A. Baby Donor Agency**
11500 Olympic Boulevard, Suite 400
Los Angeles CA 90064
310/312-4561 310/312-4562
contact@lababy.us
www.lababy.us

**Fertility Connections**
90 Throckmorton Ave, Ste 24
Mill Valley, CA 94941
415/383-2553 415/383-2503
info@fertilityconnections.com
www.fertilityconnections.com

**Golden Egg Donation** 7494 Santa
Monica Blvd. Suite 202 West Hollywood, CA
90046
818/635-5141
goldeneggdonation@gmail.com
www.goldeneggdonation.com

Joliet IL 60435
815/725-7474 815/828-5215
zara@familysourcesurrogacy.com
www.familysourcesurrogacy.com

**ConceiveAbilities**
2835 N Sheffield Avenue, Suite 304
Chicago IL 60657
773/868-3971 773/868-3972
info@conceiveabilities.com
www.conceiveabilities.com

**Fertility Bridges**
875 North Michigan Avenue, 31st Floor
Chicago, Illinois 60611
Phone: 312-794-7857
Fax: 312-380-4603
Krystal Lemcke
Krystal@FertilityBridges.com
www.FertilityBridges.com

**Happy Beginnings LLC**
1000 Main Street, Suite 3
Mt Vernon IL 62864
815/839-1101 904/212-1595
jennifer@happybeginningseggdonation.com
www.happybeginningseggdonation.com

**Kansas**

**Egg Donor Creations**
13737 Horton Drive
Overland Park, KS 66223
kelli@eggdonorcreations.com
www.eggdonorcreations.com

**Tennessee**

**National Embryo Donation Center**
116 Concord Road, Suite 400
Farragut, TN 37934
866/585-8549
jkeenan@embryodonation.org
www.embryodonation.org

**Texas**

**Egg Donation Center of Dallas, Inc.**
1720 Avenue K
Plano, TX 75074
972/424-9369 972/516-1161
info@eggdonorcenter.com
www.eggdonorcenter.com

**Fertility Resources of Houston**
2450 Fondren, #302
Houston TX 77063
281/357-4010 281/357-5663
wendy@fertilityresourceshouston.com
www.fertilityresourceshouston.com

**The Donor Solution**
12727 Kimberly Lane, Suite 204
Houston TX 77024
713/827-0301
mary@thedonorsolution.com
www.thedonorsolution.com

**Prime Genetics LLC**
3525 Town Center Blvd South
Sugar Land TX 77479
281/265-1403 281/499-8966

Case4:11-cv-01781-SBA Document1 Filed04/12/11 Page25 of 35

ASRM Patient Resources: Egg Donor Agencies

Page 5 of 7

**Elite Fertility Solutions**
1280 Bison, B9-#550
Newport Beach CA 92660
949/494-6511 949/494-7910
sheryl@elitefertility.com
www.elitefertility.com

**Miracles for Families, Inc.**
1380 Lead Hill Blvd, Ste 106
Roseville CA 95661
916/899-0136 916/313-3294
info@miraclesforfamilies.com
www.miraclesforfamilies.com

**Egg Donor For You**
11515 El Camino Real, Ste 100
San Diego, CA 92130
858/794-6363
Fax 858/794-6360
info@eggdonor4u.com
www.eggdonor4u.com

**The Stork Society**
11956 Bernardo Plaza Dr., #231
San Diego, CA 92128
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**Pacific Fertility Egg Donor Agency**
55 Francisco Street, #500
San Francisco CA 94133
415/834-3000 415/834-3099
ryan@pacificfertility.com
www.infertilitydoctor.com

**Extraordinary Conceptions**
1225 San Elijo Road

## Massachusetts

**Northeast Assisted Fertility Group, Inc.**
92 State Street, 7th Floor
Boston MA 02109
800/710-1677 617/557-4301
inquiry@assistedfertility.com

**Circle Surrogacy**
80 Black Falcon Avenue
Boston MA 02210
617/439-4990 617/439-3987
john@circlesurrogacy.com
www.circlesurrogacy.com

**Tiny Treasures LLC**
35 Corporate Drive, 4th Floor
Burlington MA 01803
781/279-1325 781/279-1326
newengland@tinytreasuresagency.com
www.tinytreasuresagency.com

**Choices Donations Inc**
48 Taunton Street
Lakeville, MA 02347
508/946-4802
gina@choicesdonations.com
www.choicesdonations.com

**Prospective Families**
396 Washington Street, No. 216
Wellesley, MA 02481
781/235-0205
amy.demma@prospectivefamilies.com
www.prospectivefamilies.com

staciegetgood@primgen.net
www.prime-genetics.com

## Utah

**Utah Center for Reproductive Medicine**
675 Arapeen Drive
Suite 205
Salt Lake City, Utah 84108
801-581-3834/801-587-3475
fertilitydr@hsc.utah.edu
www.healthcare.utah.edu/ucrm

**Reproductive Care Center**
10150 South Petunia Way
Sandy UT 84092
801/878-8888 801/878-8890
donoreggcoordinator@fertilitydr.com
www.fertilitydr.com

## Washington

**Northwest Fertility Connection**
2212 Queen Anne Ave N #504
Seattle WA 98109
206/285-4855 206/285-0864
nwfertility@msn.com
www.NWFertility.com

**Egg Donor Select, Inc.**
11821 NE 128th Street
Suite E
Kirkland, WA 98034
425/223-6902 866/ 598-0280

http://www.asrm.org/detail.aspx?id=856&terms=(+%40Publish_To+Both+Sites+or+%40Publish_To+ASRM+Only+)+and+Fin... 3/25/2011

San Marcos CA 92078
760/798-2265 760/798-4255
stephanie@extraconceptions.com
www.extraconceptions.com

**Ova the Rainbow**
PO Box 187
Stevinson CA 95374
209/669-8556 775/307-9948
ovatherainbow@cheerful.com
www.ovatherainbow.com

**The Egg Donor Program**
4184 Colfax Avenue
Studio City CA 91604
818/506-9300 818/506-9763
SSmithMFCC@eggdonation.com
www.eggdonation.com

**American International Egg Donation**
PO Box 2864
Suisun CA 94585
707/410-8396 707/864-8936
christine@aieggdonation.com
www.aieggdonation.com

**Family Fertility Center**
2977 Ignacio Valley Road, Box 617
Walnut Creek CA 94598
925/977-4850 925/977-4854
webmail@surromother.com
www.surromother.com

**Family Creations LLC**
22554 Ventura Blvd, Suite 203
Woodland Hills CA 91364
818/225-1700 818/225-0199
sgoldman@familycreations.net
www.familycreations.net

## Maryland

**Creative Family Connections, LLC**
2 Wisconsin Circle, Suite 700
Chevy Chase MD 20815
240/235-6006 240/235-4555
info@creativefamilyconnections.com
www.creativefamilyconnections.com

## Michigan

**The Stork Society**
2232 S. Main #201
Ann Arbor, MI 48103
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**The Egg Donor Program of Michigan**
5090 State Street, Suite 103B
Saginaw MI 48603
989/791-9712 989/752-4558
mitziheine1@aol.com

## Minnesota

**International Assisted Reproduction Center**
14788 77th Place North
Maple Grove MN 55311
888/671-6700 763/420-9588
info@iarc-usa.com
www.fertilityhelp.com

julie@eggdonorselect.com
www.eggdonorselect.com

## Wisconsin

**The Stork Society**
1360 Regent St. #112
Madison, WI 53715
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**Tiny Treasures Agency, LLC**
450 North Brand Blvd, Ste 600
Glendale, CA 91203
818/279-2690 888/512-5885
california@tinytreasuresagency.com
www.tinytreasuresagency.com

**Conceptual Options**
13025 Danielson Street
Suite 200
Poway, CA 92064
858/748-4222 858/748-4244
john@conceptualoptions.com
www.conceptualoptions.com

**A Perfect Match**
8419 La Mesa Blvd. Suite B
La Mesa, CA 91942
800-264-8828
Darlene@aperfectmatch.com
www.aperfectmatch.com

**Woman to Woman Fertility Center, Inc.**
383 Diablo Rd. #102
Danville, CA 94526
925/820-9495
wwfc@compuserve.com
www.womantowomanfertilitycenter.com

**Nevada**

**Heartfelt Egg Donation LLC**
1344 Disc Drive, Suite 402
Sparks NV 89436
866/223-0003 775/354-0533
info@heartfelteggdonation.com
www.heartfelteggdonation.com

**New Jersey**

**Asian Egg Donation LLC**
31 Cortland Drive
East Brunswick, NJ 08816
732/238-2138 732/238-8970
contact@asianeggdonation.com
www.asianeggdonation.com

©1996 - 2011 ASRM, American Society for Reproductive Medicine. All Rights Reserved.

# ATTACHMENT B

 **AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE**

## Egg Donor Agencies

The egg donor agencies listed below have signed an agreement with the Society for Assisted Reproductive Technology (SART) that they do and will abide by the American Society for Reproductive Medicine (ASRM) Ethics and Practice committees' guidelines governing repetitive oocyte donation, financial compensation of oocyte donors, 2008 Guidelines for Gamete and Embryo Donation, as well as all HIPPAA and all applicable federal and state laws on gamete donation for donors. Each of the egg donor agencies listed below has paid a small registration fee to SART to be listed. SART has reviewed the contents of the external websites listed below.

THIS INFORMATION IS SELF-REPORTED AND HAS NOT BEEN VERIFIED BY EITHER ASRM OR SART.

Arizona | California | Colorado | Florida | Idaho | Illinois | Indiana | Massachusetts | Maryland |
Michigan | Minnesota | Nevada | New Jersey | New York | North Carolina | Ohio | Oregon |
Pennsylvania | Puerto Rico | Tennessee | Texas | Utah | Washington

### Arizona

**Precious Wonders**
2155 East Conference Drive
Suite 115
Tempe AZ 85284
480/889-1209 480/897-1283
ejacox@ftcivf.com
www.preciouswonders.com

### Colorado

**An Eggceptional Match, LLC**
PO Box 1646
Castle Rock CO 80104
720/733-0184 720/733-0184
info@donatedeggs.com
www.donated-eggs.com

**ConceiveAbilities, Inc.**
5445 DTC Parkway, Penthouse 4
Greenwood Village CO 80111
303/486-6868 303/398-7001

### New York

**Rite Options**
1225 Frankiln Avenue, Suite 325
Garden City NY 11530
516/512-8888 516/626-6246
info@riteoptions.com
www.riteoptions.com

**MyDonor.net**
24 East 12th Street, Suite A-F
New York NY 10003
212/691-6600

## California

**Egg Donation Inc.**
15821 Ventura Boulevard
Suite 675
Encino, CA 91436
818/385-0950 818/385-0951
kiara@eggdonor.com
www.eggdonor.com

**F Williams Donor Egg Services**
PO Box 16577
Beverly Hills CA 90209
323/293-5500 323/293-5500
fwilliams@fwdonoreggs.com
www.fwdonoreggs.com

**Beverly Hills Egg Donation**
468 N Camden Dr., #200
Beverly Hills CA 90210
310/601-3132 310/694-9063
donorinfo@bhed.com
www.bhed.com

**B Coming**
9595 Wilshire Blvd #900
Beverly Hills Ca, 90212
310/247-0616 310/247-0059
info@b-coming.com
www.b-coming.com

**Peas in a Pod, Inc.**
P.O. Box 696
Glendora, CA 91741
818/314-3737
annamarie@peasinapodinc.com
www.peasinapodinc.com

info@conceiveabilities.com
www.conceiveabilities.com

## Florida

**A Jewish Blessing, LLC**
12480 Hatton Chase Lane East
Jacksonville, FL 32258
866/383-3829 904/2629794
jewishbaby1@yahoo.com
www.ajewishblessing.com

**Eggceptional Donor Group**
401 East Las Olas Blvd, Ste 130-238
Fort Lauderdale FL 33301
954/294-6961 954/587-2027
jennifer@eggceptionaldonors.com
www.eggceptionaldonors.com

**Bundles of Joy LLC**
3389 Sheridan Street, #424
Hollywood FL 33021
954/987-5802 954/332-2466
svogel@bundlesofjoyllc.com
www.bundlesofjoyllc.com

**Our Fairy Godmother, LLC**
5625 Strand Blvd, Suite 501
Naples FL 34110
877/240-4351 941/870-4308
info@ourfairygodmother.com
www.ourfairygodmother.com

**Loving Donation**
1331 S International Parkway
Suite 2291
Lake Mary FL 32746

info@mydonor.net
www.mydonor.net

**Donor Services**
106 West 96th Street, #4B
New York NY 10025
212/665-5559
donorservices@aol.com
www.donorservicesofny.com

**Tiny Treasures Agency, LLC**
1230 Avenue of the Americas, 7th Fl.
New York, New York 10020
917/677-9090 / 888/512-5885
newyork@tinytreasuresagency.com
www.tinytreasuresagency.com

## North Carolina

**Baby Steps Egg Donation and Egg Surrogate Agency**
P.O. Box 731
Selma, NC 27576
919/965-3621 919/965-4177
jenny@babystepping.com
www.babystepping.com

## Ohio

**Compassionate Beginnings LLC**
PO Box 25
Terrace Park OH 45174
800/417-8835 513/965-0734
info@conceivablebeginnings.com
www.conceivablebeginnings.com

**The Donor Source International, LLC**
2151 Michelson Drive
Suite 164
Irvine, CA 92612
949/ 872-2800 877/385-0487
http://www.TheDonorSOURCE.com

**Attorney Diane Michelsen**
3190 Old Tunnel Road
Lafayette CA 94549
925/945-1880 925/933-6807
info@lodm.com
www.lodm.com

**The Genesis Group**
9025 Wilshire Boulevard, Suite 215
Beverly Hills CA 90212
310/550-6889 310/978-7666
info@genesiseggdonation.com
www.genesiseggdonation.com

**The Center for Egg Options**
840 Apollo Avenue, Suite 218
El Segundo, CA 90245
310/546-6786
ceo@eggoption.com
www.eggoption.com

**Creative Conception, Inc**
23832 Rockfield Boulevard, Ste 255
Lake Forest CA 92630
949/597-3191 949/597-3199
ccineggs@aol.com
www.creativeconception.net

**The Donor Egg Bank, Inc**
1127 Wilshire Boulevard, Ste 1414
Los Angeles CA 90017

407/682-6604
lauria@lovingdonation.com
www.LovingDonation.com

**Open Arms Consultants**
3412 Clark Road, Suite 100
Sarasota FL 34231
941/741-4994 941/744-1942
www.openarmsconsultants.com

## Idaho

**Nationwide Egg Donation**
PO Box 533
Meridian ID 83680
208/895-8667 208/895-8072
tiffany@nationwideeggdonation.com
www.nationwideeggdonation.com

**Giving Hope Egg Donation**
2000 E Kamay Drive
Meridian, ID 83646
208/884-0455 208/445-1000
katy@givinghopellc.com
www.givinghopellc.com

## Illinois

**Alternative Reproductive Resources**
2000 North Racine, Suite 2182
Chicago IL 60614
773/327-7315 773/327-0334
arrinfo@arr1.com
www.arr1.com

**Family Source Consultants LLC**
1000 Essington Road

**Reproductive Assistance, Inc.**
PO Box 404
Terrace Park OH 45174
513/831-9207
lhenkel@zoomtown.com
www.reproductiveassistanceinc.com

## Oklahoma

**The Stork Society**
5030 North May Ave., #222
Oklahoma City, OK 73112
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

## Oregon

**Creating New Generations**
PO Box 1318
Coos Bay OR 97420
541/266-8284 541/267-8467
andrea@creatingnewgenerations.com
www.creatingnewgenerations.com

## Pennsylvania

**Seeds Center**
PO Box 670, Spring Hill Village
Hamlin PA 18427
800/733-1673 570/689-5170
info@seedscenter.com
www.seedscenter.com

310/406-5350 310/868-2933
info@donoreggbankinc.com
www.donoreggbankinc.com

**Egg Donor Conceptions, Inc.**
1246 Armacost Ave., #402
Los Angeles, CA 90025
310/295-8021 888/872-8105
marissa@eggdonorconceptions.com
www.eggdonorconceptions.com

**Growing Generations**
5757 Wilshire Boulevard, Suite 601
Los Angeles CA 90036
323/965-7500 323/965-0900
family@growinggenerations.com
www.growinggenerations.com

**L.A. Baby Donor Agency**
11500 Olympic Boulevard, Suite 400
Los Angeles CA 90064
310/312-4561 310/312-4562
contact@lababy.us
www.lababy.us

**Fertility Connections**
90 Throckmorton Ave, Ste 24
Mill Valley, CA 94941
415/383-2553 415/383-2503
info@fertilityconnections.com
www.fertilityconnections.com

**Golden Egg Donation**    7494 Santa
Monica Blvd. Suite 202 West Hollywood, CA
90046
818/635-5141
goldeneggdonation@gmail.com
www.goldeneggdonation.com

Joliet IL 60435
815/725-7474 815/828-5215
zara@familysourcesurrogacy.com
www.familysourcesurrogacy.com

**ConceiveAbilities**
2835 N Sheffield Avenue, Suite 304
Chicago IL 60657
773/868-3971 773/868-3972
info@conceiveabilities.com
www.conceiveabilities.com

**Fertility Bridges**
875 North Michigan Avenue, 31st Floor
Chicago, Illinois 60611
Phone: 312-794-7857
Fax: 312-380-4603
Krystal Lemcke
Krystal@FertilityBridges.com
www.FertilityBridges.com

**Happy Beginnings LLC**
1000 Main Street, Suite 3
Mt Vernon IL 62864
815/839-1101 904/212-1595
jennifer@happybeginningseggdonation.com
www.happybeginningseggdonation.com

**Kansas**

**Egg Donor Creations**
13737 Horton Drive
Overland Park, KS 66223
kelli@eggdonorcreations.com
www.eggdonorcreations.com

**Tennessee**

**National Embryo Donation Center**
116 Concord Road, Suite 400
Farragut, TN 37934
866/585-8549
jkeenan@embryodonation.org
www.embryodonation.org

**Texas**

**Egg Donation Center of Dallas, Inc.**
1720 Avenue K
Plano, TX 75074
972/424-9369 972/516-1161
info@eggdonorcenter.com
www.eggdonorcenter.com

**Fertility Resources of Houston**
2450 Fondren, #302
Houston TX 77063
281/357-4010 281/357-5663
wendy@fertilityresourceshouston.com
www.fertilityresourceshouston.com

**The Donor Solution**
12727 Kimberly Lane, Suite 204
Houston TX 77024
713/827-0301
mary@thedonorsolution.com
www.thedonorsolution.com

**Prime Genetics LLC**
3525 Town Center Blvd South
Sugar Land TX 77479
281/265-1403 281/499-8966

**Elite Fertility Solutions**
1280 Bison, B9-#550
Newport Beach CA 92660
949/494-6511 949/494-7910
sheryl@elitefertility.com
www.elitefertility.com

**Miracles for Families, Inc.**
1380 Lead Hill Blvd, Ste 106
Roseville CA 95661
916/899-0136 916/313-3294
info@miraclesforfamilies.com
www.miraclesforfamilies.com

**Egg Donor For You**
11515 El Camino Real, Ste 100
San Diego, CA 92130
858/794-6363
Fax 858/794-6360
info@eggdonor4u.com
www.eggdonor4u.com

**The Stork Society**
11956 Bernardo Plaza Dr., #231
San Diego, CA 92128
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**Pacific Fertility Egg Donor Agency**
55 Francisco Street, #500
San Francisco CA 94133
415/834-3000 415/834-3099
ryan@pacificfertility.com
www.infertilitydoctor.com

**Extraordinary Conceptions**
1225 San Elijo Road

**Massachusetts**

**Northeast Assisted Fertility Group, Inc.**
92 State Street, 7th Floor
Boston MA 02109
800/710-1677 617/557-4301
inquiry@assistedfertility.com

**Circle Surrogacy**
80 Black Falcon Avenue
Boston MA 02210
617/439-4990 617/439-3987
john@circlesurrogacy.com
www.circlesurrogacy.com

**Tiny Treasures LLC**
35 Corporate Drive, 4th Floor
Burlington MA 01803
781/279-1325 781/279-1326
newengland@tinytreasuresagency.com
www.tinytreasuresagency.com

**Choices Donations Inc**
48 Taunton Street
Lakeville, MA 02347
508/946-4802
gina@choicesdonations.com
www.choicesdonations.com

**Prospective Families**
396 Washington Street, No. 216
Wellesley, MA 02481
781/235-0205
amy.demma@prospectivefamilies.com
www.prospectivefamilies.com

staciegetgood@primgen.net
www.prime-genetics.com

**Utah**

**Utah Center for Reproductive Medicine**
675 Arapeen Drive
Suite 205
Salt Lake City, Utah 84108
801-581-3834/801-587-3475
fertilitydr@hsc.utah.edu
www.healthcare.utah.edu/ucrm

**Reproductive Care Center**
10150 South Petunia Way
Sandy UT 84092
801/878-8888 801/878-8890
donoreggcoordinator@fertilitydr.com
www.fertilitydr.com

**Washington**

**Northwest Fertility Connection**
2212 Queen Anne Ave N #504
Seattle WA 98109
206/285-4855 206/285-0864
nwfertility@msn.com
www.NWFertility.com

**Egg Donor Select, Inc.**
11821 NE 128th Street
Suite E
Kirkland, WA 98034
425/223-6902 866/ 598-0280

San Marcos CA 92078
760/798-2265 760/798-4255
stephanie@extraconceptions.com
www.extraconceptions.com

**Ova the Rainbow**
PO Box 187
Stevinson CA 95374
209/669-8556 775/307-9948
ovatherainbow@cheerful.com
www.ovatherainbow.com

**The Egg Donor Program**
4184 Colfax Avenue
Studio City CA 91604
818/506-9300 818/506-9763
SSmithMFCC@eggdonation.com
www.eggdonation.com

**American International Egg Donation**
PO Box 2864
Suisun CA 94585
707/410-8396 707/864-8936
christine@aieggdonation.com
www.aieggdonation.com

**Family Fertility Center**
2977 Ignacio Valley Road, Box 617
Walnut Creek CA 94598
925/977-4850 925/977-4854
webmail@surromother.com
www.surromother.com

**Family Creations LLC**
22554 Ventura Blvd, Suite 203
Woodland Hills CA 91364
818/225-1700 818/225-0199
sgoldman@familycreations.net
www.familycreations.net

**Maryland**

**Creative Family Connections, LLC**
2 Wisconsin Circle, Suite 700
Chevy Chase MD 20815
240/235-6006 240/235-4555
info@creativefamilyconnections.com
www.creativefamilyconnections.com

**Michigan**

**The Stork Society**
2232 S. Main #201
Ann Arbor, MI 48103
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**The Egg Donor Program of Michigan**
5090 State Street, Suite 103B
Saginaw MI 48603
989/791-9712 989/752-4558
mitziheine1@aol.com

**Minnesota**

**International Assisted Reproduction Center**
14788 77th Place North
Maple Grove MN 55311
888/671-6700 763/420-9588
info@iarc-usa.com
www.fertilityhelp.com

julie@eggdonorselect.com
www.eggdonorselect.com

**Wisconsin**

**The Stork Society**
1360 Regent St. #112
Madison, WI 53715
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**Tiny Treasures Agency, LLC**
450 North Brand Blvd, Ste 600
Glendale, CA 91203
818/279-2690 888/512-5885
california@tinytreasuresagency.com
www.tinytreasuresagency.com

**Conceptual Options**
13025 Danielson Street
Suite 200
Poway, CA 92064
858/748-4222 858/748-4244
john@conceptualoptions.com
www.conceptualoptions.com

**A Perfect Match**
8419 La Mesa Blvd. Suite B
La Mesa, CA 91942
800-264-8828
Darlene@aperfectmatch.com
www.aperfectmatch.com

**Woman to Woman Fertility Center, Inc.**
383 Diablo Rd. #102
Danville, CA 94526
925/820-9495
wwfc@compuserve.com
www.womantowomanfertilitycenter.com

**Nevada**

**Heartfelt Egg Donation LLC**
1344 Disc Drive, Suite 402
Sparks NV 89436
866/223-0003 775/354-0533
info@heartfelteggdonation.com
www.heartfelteggdonation.com

**New Jersey**

**Asian Egg Donation LLC**
31 Cortland Drive
East Brunswick, NJ 08816
732/238-2138 732/238-8970
contact@asianeggdonation.com
www.asianeggdonation.com

©1996 - 2011 SART, Society for Assisted Reproductive Technology. All Rights Reserved.