STEPHEN V. BOMSE (SBN 40686)
sbomse@orrick.com
ROBERT A. ROSENFELD (SBN 86970)
rrosenfeld@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendant
PACIFIC FERTILITY CENTER.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAMAKAHI, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; PACIFIC FERTILITY CENTER,<br><br>Defendants. | Case No. 3:11-cv-01781 SBA<br><br>**ORDER GRANTING DEFENDANT PACIFIC FERTILITY CENTER'S LOCAL CIVIL RULE 6-2 JOINT STIPULATED REQUEST TO EXTEND TIME OF PACIFIC FERTILITY CENTER TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-2, Defendant Pacific Fertility Center ("PFC") filed, and Plaintiff Lindsay Kamakahi stipulated to, a Joint Stipulated Request to Extend Time of PFC to Respond to Complaint by thirty days.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. Defendant's Joint Stipulated Request to Extend Time of PFC to Respond to Complaint is GRANTED.
2. The response deadline to Plaintiff's Class Action Complaint, currently May 25, 2011, is extended thirty days and is now Friday, June 24, 2011.

Dated: 5/13/11

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT– CASE NO. 3:11-CV-01781 SBA