1  Megan Dixon (Cal. Bar. No. 162895)
   HOGAN LOVELLS US LLP
2  4 Embarcadero Center
3  22nd Floor
   San Francisco, California  94111
4  Telephone:  (415) 374-2300
   Facsimile:   (415) 374-2499
5  E-Mail:  megan.dixon@hoganlovells.com

6
   *Attorneys for Defendants*
7  *American Society for Reproductive*
   *Medicine and Society for Assisted*
8  *Reproductive Technology*

9
   Rosemary M. Rivas (Cal. Bar No.209147)   Bryan L. Clobes (*pro hac vice*
10 **FINKELSTEIN THOMPSON LLP**             application forthcoming)
   100 Bush Street, Suite 1450              **CAFFERTY FAUCHER LLP**
11 San Francisco, California  94101         1717 Arch Street, 36th Floor
   Telephone: (415) 398-8700                Philadelphia, PA 19103
12 Facsimile: (415) 398-8704                Telephone: (215) 864-2800
   Email: rrivas@finkelsteinthompson.com    Facsimile: (215) 864-2810
13
                                            *Attorneys for Plaintiff Lindsay*
14 *Attorneys for Plaintiff Lindsay Kamakahi* *Kamakahi*

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17

18
   LINDSAY KAMAKAHI, an individual          Case No.  3:11-CV-1781 SBA
19 on behalf of herself and all others
   similarly situated,                       **ORDER GRANTING LOCAL
20                                           CIVIL RULE 6-2 JOINT
                                             STIPULATED REQUEST TO
21         Plaintiffs,                       EXTEND TIME TO RESPOND TO
                                             CLASS ACTION COMPLAINT
22   v.                                      AND SET BRIEFING SCHEDULE**

23 AMERICAN SOCIETY FOR
24 REPRODUCTIVE MEDICINE;
   SOCIETY FOR ASSISTED
25 REPRODUCTIVE TECHNOLOGY;
26 PACIFIC FERTILITY CENTER,

27         Defendants.

28
                                            **[PROPOSED] ORDER GRANTING STIPULATION TO
                                            EXTEND TIME TO RESPOND TO CLASS ACTION
                                            COMPLAINT AND SET BRIEFING SCHEDULE**

\\\068835/000007 - 95633 v1

Pursuant to Civil Local Rule 6-2, the parties hereto have filed a stipulation extending the time for Defendants American Society of Reproductive Medicine ("ASRM") and Society of Assisted Reproductive Technology ("SART") to answer or otherwise respond to Plaintiff Lindsay Kamakahi's Class Action Complaint and setting a briefing schedule in the event that any Defendant in this action files a motion to dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. The time for Defendants ASRM and SART to answer or otherwise respond to the complaint, which is currently May 20, 2011 for ASRM, and May 24, 2011 for SART, is extended until June 24, 2011.

2. In the event that any Defendant in this action shall file a motion to dismiss Plaintiff's Class Action Complaint, the briefing schedule on such motion shall be as follows:

| | |
|---|---|
| Motion to Dismiss and Supporting Memorandum: | June 24, 2011 |
| Plaintiff's Memorandum in Opposition: | July 25, 2011 |
| Reply Memorandum | August 15, 2011 |

3. The haring on any motion to dismiss is scheduled for the next available date of October 18, 2011 at 1:00 p.m. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Date: 5/24/11                    _____*Saundra B. Armstrong*_____
                                 HONORABLE SAUNDRA BROWN ARMSTRONG
                                 UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE

\\\068835/000007 - 95633 v1