Case 3:11-cv-01781-JCS   Document 24-2   Filed 06/23/11   Page 1 of 7



AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE

# Egg Donor Agencies

The egg donor agencies listed below have signed an agreement with the Society for Assisted Reproductive Technology (SART) that they do and will abide by the American Society for Reproductive Medicine (ASRM) Ethics and Practice committees' guidelines governing repetitive oocyte donation, financial compensation of oocyte donors, 2008 Guidelines for Gamete and Embryo Donation, as well as all HIPPAA and all applicable federal and state laws on gamete donation for donors.  Each of the egg donor agencies listed below has paid a small registration fee to SART to be listed. SART has reviewed the contents of the external websites listed below.

THIS INFORMATION IS SELF-REPORTED AND HAS NOT BEEN VERIFIED BY EITHER ASRM OR SART.

Arizona | California | Colorado | Florida | Idaho | Illinois | Indiana | Massachusetts | Maryland |
Michigan | Minnesota | Nevada | New Jersey | New York | North Carolina | Ohio | Oregon |
Pennsylvania | Puerto Rico | Tennessee | Texas | Utah | Washington

## Arizona

**Precious Wonders**
2155 East Conference Drive
Suite 115
Tempe AZ 85284
480/889-1209 480/897-1283
ejacox@ftcivf.com
www.preciouswonders.com

## Colorado

**An Eggceptional Match, LLC**
PO Box 1646
Castle Rock CO 80104
720/733-0184 720/733-0184
info@donateeggs.com
www.donated-eggs.com

**ConceiveAbilities, Inc.**
5445 DTC Parkway, Penthouse 4
Greenwood Village CO 80111
303/486-6868 303/398-7001

## New York

**Rite Options**
1225 Franklin Avenue, Suite 325
Garden City NY 11530
516/512-8888 516/626-6246
info@riteoptions.com
www.riteoptions.com

**MyDonor.net**
24 East 12th Street, Suite A-F
New York NY 10003
212/691-6600

## California

**Egg Donation Inc.**
15821 Ventura Boulevard
Suite 675
Encino, CA 91436
818/385-0950 818/385-0951
kiara@eggdonor.com
www.eggdonor.com

**F Williams Donor Egg Services**
PO Box 16577
Beverly Hills CA 90209
323/293-5500 323/293-5500
fwilliams@fwdonoreggs.com
www.fwdonoreggs.com

**Beverly Hills Egg Donation**
468 N Camden Dr., #200
Beverly Hills CA 90210
310/601-3132 310/694-9063
donorinfo@bhed.com
www.bhed.com

**B Coming**
9595 Wilshire Blvd #900
Beverly Hills Ca, 90212
310/247-0616 310/247-0059
info@b-coming.com
www.b-coming.com

**Peas in a Pod, Inc.**
P.O. Box 696
Glendora, CA 91741
818/314-3737
annamarie@peasinapodinc.com
www.peasinapodinc.com

info@conceiveabilities.com
www.conceiveabilities.com

## Florida

**A Jewish Blessing, LLC**
12480 Hatton Chase Lane East
Jacksonville, FL 32258
866/383-3829 904/2629794
jewishbaby1@yahoo.com
www.ajewishblessing.com

**Eggceptional Donor Group**
401 East Las Olas Blvd, Ste 130-238
Fort Lauderdale FL 33301
954/294-6961 954/587-2027
jennifer@eggceptionaldonors.com
www.eggceptionaldonors.com

**Bundles of Joy LLC**
3389 Sheridan Street, #424
Hollywood FL 33021
954/987-5802 954/332-2466
svogel@bundlesofjoyllc.com
www.bundlesofjoyllc.com

**Our Fairy Godmother, LLC**
5625 Strand Blvd, Suite 501
Naples FL 34110
877/240-4351 941/870-4308
info@ourfairygodmother.com
www.ourfairygodmother.com

**Loving Donation**
1331 S International Parkway
Suite 2291
Lake Mary FL 32746

info@mydonor.net
www.mydonor.net

**Donor Services**
106 West 96th Street, #4B
New York NY 10025
212/665-5559
donorservices@aol.com
www.donorservicesofny.com

**Tiny Treasures Agency, LLC**
1230 Avenue of the Americas, 7th Fl.
New York, New York 10020
917/677-9090 / 888/512-5885
newyork@tinytreasuresagency.com
www.tinytreasuresagency.com

## North Carolina

**Baby Steps Egg Donation and Egg Surrogate Agency**
P.O. Box 731
Selma, NC 27576
919/965-3621 919/965-4177
jenny@babystepping.com
www.babystepping.com

## Ohio

**Compassionate Beginnings LLC**
PO Box 25
Terrace Park OH 45174
800/417-8835 513/965-0734
info@conceivablebeginnings.com
www.conceivablebeginnings.com

**The Donor Source International, LLC**
2151 Michelson Drive
Suite 164
Irvine, CA 92612
949/ 872-2800 877/385-0487
http://www.TheDonorSOURCE.com

**Attorney Diane Michelsen**
3190 Old Tunnel Road
Lafayette CA 94549
925/945-1880 925/933-6807
info@lodm.com
www.lodm.com

**The Genesis Group**
9025 Wilshire Boulevard, Suite 215
Beverly Hills CA 90212
310/550-6889 310/978-7666
info@genesiseggdonation.com
www.genesiseggdonation.com

**The Center for Egg Options**
840 Apollo Avenue, Suite 218
El Segundo, CA 90245
310/546-6786
ceo@eggoption.com
www.eggoption.com

**Creative Conception, Inc**
23832 Rockfield Boulevard, Ste 255
Lake Forest CA 92630
949/597-3191 949/597-3199
ccineggs@aol.com
www.creativeconception.net

**The Donor Egg Bank, Inc**
1127 Wilshire Boulevard, Ste 1414
Los Angeles CA 90017

407/682-6604
lauria@lovingdonation.com
www.LovingDonation.com

**Open Arms Consultants**
3412 Clark Road, Suite 100
Sarasota FL 34231
941/741-4994 941/744-1942
www.openarmsconsultants.com

## Idaho

**Nationwide Egg Donation**
PO Box 533
Meridian ID 83680
208/895-8667 208/895-8072
tiffany@nationwideeggdonation.com
www.nationwideeggdonation.com

**Giving Hope Egg Donation**
2000 E Kamay Drive
Meridian, ID 83646
208/884-0455 208/445-1000
katy@givinghopellc.com
www.givinghopellc.com

## Illinois

**Alternative Reproductive Resources**
2000 North Racine, Suite 2182
Chicago IL 60614
773/327-7315 773/327-0334
arrinfo@arr1.com
www.arr1.com

**Family Source Consultants LLC**
1000 Essington Road

**Reproductive Assistance, Inc.**
PO Box 404
Terrace Park OH 45174
513/831-9207
lhenkel@zoomtown.com
www.reproductiveassistanceinc.com

## Oklahoma

**The Stork Society**
5030 North May Ave., #222
Oklahoma City, OK 73112
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

## Oregon

**Creating New Generations**
PO Box 1318
Coos Bay OR 97420
541/266-8284 541/267-8467
andrea@creatingnewgenerations.com
www.creatingnewgenerations.com

## Pennsylvania

**Seeds Center**
PO Box 670, Spring Hill Village
Hamlin PA 18427
800/733-1673 570/689-5170
info@seedscenter.com
www.seedscenter.com

310/406-5350 310/868-2933
info@donoreggbankinc.com
www.donoreggbankinc.com

**Egg Donor Conceptions, Inc.**
1246 Armacost Ave., #402
Los Angeles, CA 90025
310/295-8021 888/872-8105
marissa@eggdonorconceptions.com
www.eggdonorconceptions.com

**Growing Generations**
5757 Wilshire Boulevard, Suite 601
Los Angeles CA 90036
323/965-7500 323/965-0900
family@growinggenerations.com
www.growinggenerations.com

**L.A. Baby Donor Agency**
11500 Olympic Boulevard, Suite 400
Los Angeles CA 90064
310/312-4561 310/312-4562
contact@lababy.us
www.lababy.us

**Fertility Connections**
90 Throckmorton Ave, Ste 24
Mill Valley, CA 94941
415/383-2553 415/383-2503
info@fertilityconnections.com
www.fertilityconnections.com

**Golden Egg Donation**   7494 Santa
Monica Blvd. Suite 202 West Hollywood, CA
90046
818/635-5141
goldeneggdonation@gmail.com
www.goldeneggdonation.com

Joliet IL 60435
815/725-7474 815/828-5215
zara@familysourcesurrogacy.com
www.familysourcesurrogacy.com

**ConceiveAbilities**
2835 N Sheffield Avenue, Suite 304
Chicago IL 60657
773/868-3971 773/868-3972
info@conceivabilities.com
www.conceiveabilities.com

**Fertility Bridges**
875 North Michigan Avenue, 31st Floor
Chicago, Illinois 60611
Phone: 312-794-7857
Fax: 312-380-4603
Krystal Lemcke
Krystal@FertilityBridges.com
www.FertilityBridges.com

**Happy Beginnings LLC**
1000 Main Street, Suite 3
Mt Vernon IL 62864
815/839-1101 904/212-1595
jennifer@happybeginningseggdonation.com
www.happybeginningseggdonation.com

## Kansas

**Egg Donor Creations**
13737 Horton Drive
Overland Park, KS 66223
kelli@eggdonorcreations.com
www.eggdonorcreations.com

## Tennessee

**National Embryo Donation Center**
116 Concord Road, Suite 400
Farragut, TN 37934
866/585-8549
jkeenan@embryodonation.org
www.embryodonation.org

## Texas

**Egg Donation Center of Dallas, Inc.**
1720 Avenue K
Plano, TX 75074
972/424-9369 972/516-1161
info@eggdonorcenter.com
www.eggdonorcenter.com

**Fertility Resources of Houston**
2450 Fondren, #302
Houston TX 77063
281/357-4010 281/357-5663
wendy@fertilityresourceshouston.com
www.fertilityresourceshouston.com

**The Donor Solution**
12727 Kimberly Lane, Suite 204
Houston TX 77024
713/827-0301
mary@thedonorsolution.com
www.thedonorsolution.com

**Prime Genetics LLC**
3525 Town Center Blvd South
Sugar Land TX 77479
281/265-1403 281/499-8966

**Elite Fertility Solutions**
1280 Bison, B9-#550
Newport Beach CA 92660
949/494-6511 949/494-7910
sheryl@elitefertility.com
www.elitefertility.com

**Miracles for Families, Inc.**
1380 Lead Hill Blvd, Ste 106
Roseville CA 95661
916/899-0136 916/313-3294
info@miraclesforfamilies.com
www.miraclesforfamilies.com

**Egg Donor For You**
11515 El Camino Real, Ste 100
San Diego, CA 92130
858/794-6363
Fax 858/794-6360
info@eggdonor4u.com
www.eggdonor4u.com

**The Stork Society**
11956 Bernardo Plaza Dr., #231
San Diego, CA 92128
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**Pacific Fertility Egg Donor Agency**
55 Francisco Street, #500
San Francisco CA 94133
415/834-3000 415/834-3099
ryan@pacificfertility.com
www.infertilitydoctor.com

**Extraordinary Conceptions**
1225 San Elijo Road

## Massachusetts

**Northeast Assisted Fertility Group, Inc.**
92 State Street, 7th Floor
Boston MA 02109
800/710-1677 617/557-4301
inquiry@assistedfertility.com

**Circle Surrogacy**
80 Black Falcon Avenue
Boston MA 02210
617/439-4990 617/439-3987
john@circlesurrogacy.com
www.circlesurrogacy.com

**Tiny Treasures LLC**
35 Corporate Drive, 4th Floor
Burlington MA 01803
781/279-1325 781/279-1326
newengland@tinytreasuresagency.com
www.tinytreasuresagency.com

**Choices Donations Inc**
48 Taunton Street
Lakeville, MA 02347
508/946-4802
gina@choicesdonations.com
www.choicesdonations.com

**Prospective Families**
396 Washington Street, No. 216
Wellesley, MA 02481
781/235-0205
amy.demma@prospectivefamilies.com
www.prospectivefamilies.com

staciegetgood@primgen.net
www.prime-genetics.com

## Utah

**Utah Center for Reproductive Medicine**
675 Arapeen Drive
Suite 205
Salt Lake City, Utah 84108
801-581-3834/801-587-3475
fertilitydr@hsc.utah.edu
www.healthcare.utah.edu/ucrm

**Reproductive Care Center**
10150 South Petunia Way
Sandy UT 84092
801/878-8888 801/878-8890
donoreggcoordinator@fertilitydr.com
www.fertilitydr.com

## Washington

**Northwest Fertility Connection**
2212 Queen Anne Ave N #504
Seattle WA 98109
206/285-4855 206/285-0864
nwfertility@msn.com
www.NWFertility.com

**Egg Donor Select, Inc.**
11821 NE 128th Street
Suite E
Kirkland, WA 98034
425/223-6902 866/ 598-0280

San Marcos CA 92078
760/798-2265 760/798-4255
stephanie@extraconceptions.com
www.extraconceptions.com

**Ova the Rainbow**
PO Box 187
Stevinson CA 95374
209/669-8556 775/307-9948
ovatherainbow@cheerful.com
www.ovatherainbow.com

**The Egg Donor Program**
4184 Colfax Avenue
Studio City CA 91604
818/506-9300 818/506-9763
SSmithMFCC@eggdonation.com
www.eggdonation.com

**American International Egg Donation**
PO Box 2864
Suisun CA 94585
707/410-8396 707/864-8936
christine@aieggdonation.com
www.aieggdonation.com

**Family Fertility Center**
2977 Ignacio Valley Road, Box 617
Walnut Creek CA 94598
925/977-4850 925/977-4854
webmail@surromother.com
www.surromother.com

**Family Creations LLC**
22554 Ventura Blvd, Suite 203
Woodland Hills CA 91364
818/225-1700 818/225-0199
sgoldman@familycreations.net
www.familycreations.net

# Maryland

**Creative Family Connections, LLC**
2 Wisconsin Circle, Suite 700
Chevy Chase MD 20815
240/235-6006 240/235-4555
info@creativefamilyconnections.com
www.creativefamilyconnections.com

# Michigan

**The Stork Society**
2232 S. Main #201
Ann Arbor, MI 48103
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**The Egg Donor Program of Michigan**
5090 State Street, Suite 103B
Saginaw MI 48603
989/791-9712 989/752-4558
mitziheine1@aol.com

# Minnesota

**International Assisted Reproduction Center**
14788 77th Place North
Maple Grove MN 55311
888/671-6700 763/420-9588
info@iarc-usa.com
www.fertilityhelp.com

julie@eggdonorselect.com
www.eggdonorselect.com

# Wisconsin

**The Stork Society**
1360 Regent St. #112
Madison, WI 53715
858/705-0398 608/770-6738
mary.bird@thestorksociety.com
www.thestorksociety.com

**Tiny Treasures Agency, LLC**
450 North Brand Blvd, Ste 600
Glendale, CA 91203
818/279-2690 888/512-5885
california@tinytreasuresagency.com
www.tinytreasuresagency.com

**Conceptual Options**
13025 Danielson Street
Suite 200
Poway, CA 92064
858/748-4222 858/748-4244
john@conceptualoptions.com
www.conceptualoptions.com

**A Perfect Match**
8419 La Mesa Blvd. Suite B
La Mesa, CA 91942
800-264-8828
Darlene@aperfectmatch.com
www.aperfectmatch.com

**Woman to Woman Fertility Center, Inc.**
383 Diablo Rd. #102
Danville, CA 94526
925/820-9495
wwfc@compuserve.com
www.womantowomanfertilitycenter.com

## Nevada

**Heartfelt Egg Donation LLC**
1344 Disc Drive, Suite 402
Sparks NV 89436
866/223-0003 775/354-0533
info@heartfelteggdonation.com
www.heartfelteggdonation.com

## New Jersey

**Asian Egg Donation LLC**
31 Cortland Drive
East Brunswick, NJ 08816
732/238-2138 732/238-8970
contact@asianeggdonation.com
www.asianeggdonation.com

©1996 - 2011 SART, Society for Assisted Reproductive Technology. All Rights Reserved.