Rosemary M. Rivas (Cal. Bar No. 209147)
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, California 90017
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
E-Mail:       rrivas@finkelsteinthompson.com

*Attorneys for Plaintiff Lindsay Kamakahi*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAMAKAHI, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY;<br><br>Defendants. | Case No. 3:11-CV-1781 SBA<br><br>**[PROPOSED] ORDER GRANTING LOCAL CIVIL RULE 6-2 JOINT STIPULATED REQUEST TO FILE AMENDED COMPLAINT AND SET BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 6-2, the parties hereto have filed a stipulation extending the time for Defendants American Society of Reproductive Medicine ("ASRM") and Society of Assisted Reproductive Technology ("SART") to answer or otherwise to Plaintiff Linda Kamakahi's Amended Class Action Complaint and setting a briefing schedule in the event that any Defendant in this action files a motion to dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1.      The time for Defendants ASRM and SART to answer or otherwise respond to the complaint is extended until July 15, 2011.

1  2.   In the event that any Defendant in this action shall file a motion to dismiss
Plaintiff's Class Action Complaint, the briefing schedule on such motion shall be as follows:

Motion to Dismiss and Supporting Memorandum:   July 15, 2011

Plaintiff's Memorandum in Opposition:   August 15, 2011

Reply Memorandum   September 7, 2011

Date: 6/27/11

*/s/ Saundra B. Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE