Megan Dixon (Cal. Bar No. 162895)
HOGAN LOVELLS US LLP
4 Embarcadero Center
22nd Floor
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499
E-Mail:  megan.dixon@hoganlovells.com

*Attorneys for Defendant*
*American Society for Reproductive Medicine*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAMAKAHI, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY,<br><br>　　　　　　　　Defendants. | Case No. 4:11-CV-01781-SBA<br><br>**AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Saundra B. Armstrong |

**ASRM CERTIFICATE OF INTERESTED PERSONS**　　　　　　　　　　　　　　　**CASE NO. 4:11-cv-01781 SBA**

# **CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned counsel for American Society for Reproductive Medicine hereby certifies that, as of this date, other than the named parties, there is no such interest to report.

                                                Respectfully submitted,

Date: July 15, 2011                  HOGAN LOVELLS US LLP


                                      By: /s/ Megan Dixon
                                          Megan Dixon (Cal. Bar No. 162895)
                                          HOGAN LOVELLS US LLP
                                          4 Embarcadero Center
                                          22nd Floor
                                          San Francisco, California 94111
                                          Telephone: (415) 374-2300
                                          Facsimile: (415) 374-2499
                                          E-Mail: megan.dixon@hoganlovells.com

                                          *Attorney for Defendant*
                                          *American Society for Reproductive Medicine*

**ASRM CERTIFICATE OF INTERESTED PERSONS**                          **CASE NO. 4:11-cv-01781 SBA**

1