1  Megan Dixon (Cal. Bar No. 162895)
2  HOGAN LOVELLS US LLP
   4 Embarcadero Center
3  22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 374-2300
   Facsimile: (415) 374-2499
5  E-Mail: megan.dixon@hoganlovells.com

6  *Attorneys for Defendant*
7  *Society for Assisted Reproductive Technology*

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 LINDSAY KAMAKAHI, an individual, on behalf of herself and all others similarly situated,

   Case No. 4:11-CV-01781-SBA

11 

12 **SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

13               Plaintiff,

14      v.

15 AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY,

   Judge: Hon. Saundra B. Armstrong

16 

17 

18               Defendants..

19

20

...

28 **SART CERTIFICATE OF INTERESTED PERSONS**     **CASE NO. 4:11-CV-01781 SBA**

# CERTIFICATION OF INTERESTED ENTITIES AND PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned counsel for Society of Assisted Reproductive Technology hereby certifies that, as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Date: July 15, 2011  HOGAN LOVELLS US LLP

By: /s/ Megan Dixon
Megan Dixon (Cal. Bar No. 162895)
HOGAN LOVELLS US LLP
4 Embarcadero Center
22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
E-Mail: megan.dixon@hoganlovells.com

*Attorney for Defendant*
*Society for Assisted Reproductive Technology*

**SART CERTIFICATE OF INTERESTED PERSONS**  **CASE NO. 4:11-CV-01781 SBA**

1