

June 28, 2013

Reply to San Francisco, CA Office

Writer's Direct E-mail: rrivas@finkelsteinthompson.com

E-FILED

Honorable Joseph C. Spero
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:    Emergency Request to Appear at Case Management Conference By Telephone
> *Kamakahi v. American Society for Reproductive Medicine et al.*, 11-cv-1781 JCS

Dear Judge Spero,

Counsel for Plaintiffs, Bryan Clobes of Cafferty Clobes Meriwether & Sprengel LLP, boarded a very early flight this morning from Philadelphia to San Francisco, to appear at this afternoon's 1:30 p.m. case management conference in the above-entitled action. Unfortunately, the plane experienced engine problems, and after taxing for two hours, Mr. Clobes was informed that the plane was grounded. No other flights were available that would ensure Mr. Clobes reached San Francisco in time for the hearing today. Therefore, we respectfully request the Court grant this emergency request for Mr. Clobes to appear at today's case management conference by phone. Mr. Bryan Clobes may be reached at his direct office land line: (215) 864-2802.

Defendants do not object to Mr. Clobes' appearance by phone. Mr. Michael McClellan of Finkelstein Thompson LLP, counsel for Plaintiffs, will make a personal appearance at today's conference.

Sincerely,

/s/ Rosemary Rivas
Rosemary Rivas

Dated: 6/28/13



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1