UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAMAKAHI and JUSTINE LEVY, individually, and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY.<br><br>        Defendants. | Case No. 3:11-CV-1781 JCS<br><br>[~~PROPOSED~~] SCHEDULING ORDER<br><br>**FILED**<br><br>JUN 2 8 2013<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

[PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. 11-CV-1781 (SBA)

## ORDER REGARDING SCHEDULING

**IT IS HEREBY ORDERED** that the following schedule should govern discovery and pre-trial proceedings in this case until further Order of the Court:

1. The parties may start serving requests for production of documents and interrogatories on July 1, 2013.

2. Except as to requests for admissions for authentication and admissibility of trial exhibits, fact discovery shall be completed on October 20, 2014.

4. Plaintiffs shall file motions for class certification and any supporting expert declarations on or before March 17, 2014. Plaintiffs shall make any class certification experts available for deposition on or before April 21, 2014. Defendants shall file memoranda and expert declarations in opposition to Plaintiffs' class certification motions on or before May 19, 2014. Defendants shall make any class certification experts available for deposition on or before June 20, 2014. Plaintiffs shall file reply memoranda in further support of their class certification motions and any rebuttal declarations from previously-disclosed experts on or before July 21, 2014.

5. The parties shall serve their respective expert reports on liability and damages on or before December 19, 2014. The parties shall make their respective experts available for deposition on or before February 23, 2015. The parties shall serve any rebuttal expert reports on or before April 13, 2015. Following service of rebuttal expert reports, the parties shall have opportunity to take expert depositions, solely limited to new matters raised in the rebuttal reports, to be completed on or before May 1, 2013.

6. The parties shall file any summary judgment motions and motions to exclude expert testimony under *Daubert* on or before May 29, 2015. Opposition briefs shall be filed on or before July 17, 2015, and reply briefs shall be filed on or before August 21, 2015.

7. The Pretrial Conference and trial will be scheduled at a time convenient for the Court.

**IT IS SO ORDERED.**

- 1 -

[PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. 11-CV-1781 (SBA)

1   DATED: June 28, 2013

    _____
    Hon. Joseph C. Spero
    United States Magistrate Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
[PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. 11-CV-1781 (SBA)