Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAMAKAHI and JUSTINE LEVY, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY.<br><br>Defendants. | Case No. 3:11-CV-1781 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PROVIDING FOR TELEPHONIC HEARING**<br><br>Date: September 20, 2013<br>Time: 1:30 P.M. |

**JOINT STIPULATION PROVIDING FOR TELEPHONIC HEARING**

WHEREAS, on July 11, 2013, the Court ordered that a case management conference is to be held in this case on September 20, 2013;

WHEREAS, there are no dispositive motions scheduled for discussion at the conference;

WHEREAS, co-lead counsel for Plaintiffs and counsel for Defendants who will be participating in this hearing are located in Washington, DC and Philadelphia, PA; and

WHEREAS, each party wishes to continue to ensure the just and efficient litigation of this action;

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties that counsel for each Party shall be allowed to attend and participate in the case management conference telephonically.

Dated: September 12, 2013

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas

**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Douglas G. Thompson
dthompson@finkelsteinthompson.com
Michael G. McLellan
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

JOINT STIPULATION AND [PROPOSED] ORDER PROVIDING FOR TELEPHONIC HEARING
CASE NO. 11-CV-1781 (JCS)

Bryan Clobes
bclobes@cafferyclobes.com
Ellen Meriwether
emeriwether@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Telephone: 215-864-2800
Facsimile: 215-864-2810

*Co-Lead Counsel For Plaintiffs*

Dated: September 12, 2013                By: /s/ Megan Dixon

Megan Dixon (Cal. Bar No. 162895)
**HOGAN LOVELLS US LLP**
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
E-Mail:  megan.dixon@hoganlovells.com

William L. Monts, III (admitted pro hac vice)
Robert F. Leibenluft (admitted pro hac vice)
Benjamin F. Holt (admitted pro hac vice)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC  20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
E-Mail:  william.monts@hoganlovells.com
         robert.leibenluft@hoganlovells.com
         benjamin.holt@hoganlovells.com

*Attorneys for Defendants*
*American Society for Reproductive Medicine and Society for Assisted Reproductive Technology*

**CERTIFICATION**

I, Rosemary M. Rivas, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER.** Pursuant to General Order 45, section X.B, I attest that Megan Dixon has concurred in this filing.

/s/ Rosemary M. Rivas
Rosemary M. Rivas

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Counsel for Plaintiffs and Defendants may appear telephonically at the case management conference scheduled for September 20, 2013 at 1:30 p.m. Counsel shall establish a conference call in number and provide the information to all counsel and the Court.

DATED: 09/13/13

Magistrate Judge Joseph C. Spero



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero