Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700 / Facsimile: (415) 398-8704

*Attorneys for Plaintiffs Lindsay Kamakahi and Justine Levy*

[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSAY KAMAKAHI and JUSTINE LEVY, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY.<br><br>Defendants. | Case No.  3:11-CV-1781 JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

**JOINT STIPULATION REGARDING SCHEDULING**

WHEREAS, on March 4, 2014, this Court ordered Plaintiffs' opening class certification brief be filed on Friday, April 18; and

WHEREAS, that date is the Good Friday holiday and the preceding week is spring break; and

WHEREAS, certain of Plaintiffs' counsel accordingly have previously scheduled personal and family commitments taking place the week prior to that date; and

WHEREAS, these commitments cannot be rescheduled; and

WHEREAS, subject to the approval of the Court, Defendants have agreed to consent to a one-week extension of the due date for Plaintiffs' opening brief provided all other class certification briefing dates are adjusted accordingly;

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties that the following schedule should govern class certification briefing in this case:

1. Plaintiffs shall file motions for class certification and any supporting expert declarations by **April 25, 2014**.

2. Defendants shall file any memoranda and expert declarations in opposition to Plaintiffs' motion for class certification by **June 27, 2014**.

3. Plaintiffs shall file any reply memoranda in further support of their motion for class certification and any rebuttal declarations from any class certification experts by **August 29, 2014.**

Dated: March 18, 2014

                      By: /s/ Rosemary M. Rivas
                            Rosemary M. Rivas

                      **FINKELSTEIN THOMPSON LLP**
                      505 Montgomery Street, Suite 300
                      San Francisco, California 94111
                      Telephone: (415) 398-8700
                      Facsimile: (415) 398-8704

                      Douglas G. Thompson
                      dthompson@finkelsteinthompson.com
                      Michael G. McLellan
                      mmclellan@finkelsteinthompson.com

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. 11-CV-1781 (JCS)

**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

Bryan Clobes
bclobes@cafferyfaucher.com
Ellen Meriwether
emeriwether@caffertyfaucher.com
**CAFFERTY FAUCHER LLP**
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Telephone: 215-864-2800
Facsimile: 215-864-2810

*Co-Lead Counsel For Plaintiffs*


By: /s/ Megan Dixon

Megan Dixon (Cal. Bar No. 162895)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
E-Mail:  megan.dixon@hoganlovells.com

William L. Monts, III (admitted pro hac vice)
Robert F. Leibenluft (admitted pro hac vice)
Benjamin F. Holt (admitted pro hac vice)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: william.monts@hoganlovells.com
 robert.leibenluft@hoganlovells.com
 benjamin.holt@hoganlovells.com

*Attorneys for Defendants*
*American Society for Reproductive Medicine and Society for Assisted Reproductive Technology*

## CERTIFICATION

I, Rosemary M. Rivas, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**. Pursuant to General Order 45, section X.B, I attest that Megan Dixon has concurred in this filing.

 /s/ Rosemary M. Rivas
Rosemary M. Rivas

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4 DATED: _____

Magistrate Judge Joseph C. Spero