1  Joseph W. Cotchett (#36324)
   **COTCHETT, PITRE & McCARTHY, LLP**
2  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
3  Burlingame, CA 94010
   Telephone: 650-697-6000
4  Facsimile:   650-697-0577
   jcotchett@cpmlegal.com
5
   *Attorney for Plaintiff Lindsay Kamakahi*
6

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                    **SAN FRANCISCO DIVISION**
12
   | LINDSAY KAMAKAHI, an individual, on behalf of herself and all others similarly situated, | **Case No. 11-cv-1781-JCS** |
   |---|---|
   | Plaintiff, | **NOTICE OF WITHDRAWAL OF JOSEPH W. COTCHETT** |
   | vs. | |
   | AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; PACIFIC FERTILITY CENTER, | |
   | Defendants. | |

1  **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2  PLEASE TAKE NOTICE that Joseph W. Cotchett of the law firm Cotchett, Pitre & McCarthy, LLP, hereby withdraws his appearance in the above captioned action as counsel for Plaintiff Lindsay Kamakahi.  Plaintiff Lindsay Kamakahi will continue to be represented by the counsel listed on her complaint.

DATED:  April 22, 2014                            /s/ Joseph W. Cotchett

Joseph W. Cotchett
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  650-697-6000
Facsimile:   650-697-0577
jcotchett@cpmlegal.com

*Attorney for Plaintiff Lindsay Kamakahi*