UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAMAKAHI,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE, et al.,<br><br>Defendants. | Case No. 11-cv-01781-JCS<br><br>**ORDER CONTINUING HEARING ON PENDING MOTIONS** |

In light of the parties' ongoing briefing of issues related to Plaintiffs' Motion to Certify Class (dkt. 141), the hearing on that Motion, Plaintiffs' Motion to Strike Defendants' expert report (dkt. 133), and Defendants' Motion to Exclude Plaintiffs' expert report (dkt. 150) is hereby CONTINUED. Taking into account the availability of the parties, **the hearing will occur at 9:30 a.m. on January 23, 2015** in Courtroom G, located on the 15th floor of the San Francisco courthouse at 450 Golden Gate Avenue.

No further briefing or substantive filings will be accepted before the hearing, except (1) Defendants' reply in support of Defendants' Motion to Exclude; and (2) any filings necessary to resolve questions of whether documents should be filed under seal.

**IT IS SO ORDERED.**

Dated: November 19, 2014

JOSEPH C. SPERO
United States Magistrate Judge