UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KAMAKAHI,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE, et al.,<br><br>Defendants. | Case No. 11-cv-01781-JCS<br><br>**ORDER DENYING MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 150 |

Defendants filed an administrative motion for leave to file under seal a motion to exclude the opinions of Plaintiffs' expert. Dkt. 150. The only stated basis for sealing was that Plaintiffs had designated certain information contained therein as confidential. Plaintiffs have since withdrawn these confidentiality designations. *See* dkt. 158. The Court withheld judgment on the motion in order to provide certain third parties an opportunity to file declarations in support of sealing. *See* dkt. 160. No such declarations have been filed. Accordingly, Defendants' administrative motion to file under seal is DENIED. Defendants are instructed to file unredacted versions of the underlying documents in the public record pursuant to Civil Local Rule 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: December 3, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge