Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Michael G. McLellan (admitted *pro hac vice*)
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington DC, 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Co-Lead Counsel for Plaintiffs

[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSAY KAMAKAHI and JUSTINE LEVY, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY.<br><br>Defendants. | Case No.  3:11-CV-1781 JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge: Hon. Joseph C. Spero<br>Date: January 23, 2015<br>Time: 9:30 A.M<br>Place: Courtroom G – 15th Floor |

Plaintiffs and Defendants submit this Case Management Conference Statement in advance of the January 23, 2015 Case Management Conference.  Plaintiffs and Defendants hereby report as follows:

1. On January 23, 2015, this Court will hear Plaintiffs' Motion for Class Certification (Docket No. 141), Plaintiffs' Motion to Strike Class Certification Report of Insoo Hyun (Docket No. 133), and Defendants' Motion to Exclude the Opinions of Dr. Hal J. Singer on Class Certification (Docket Nos. 150 and 165).

2. Fact discovery concluded in this case on October 20, 2014.  *See* Docket No. 81.  Pursuant to a stipulated order, all proceedings unrelated to class certification are stayed and all deadlines are suspended until final resolution of Plaintiffs' class certification motion.  *See* Docket No. 147.  Within 10 days of such resolution, the parties shall submit a proposed scheduling order governing remaining proceedings in this case.

3. An ADR Phone Conference is scheduled to take place February 15, 2015.

Dated: January 16, 2015

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas

**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Douglas G. Thompson
dthompson@finkelsteinthompson.com
Michael G. McLellan
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

Bryan L. Clobes
bclobes@caffertyclobes.com
Ellen Meriwether
emeriwether@caffertyclobes.com

- 1 -

JOINT CMC STATEMENT
CASE NO. 11-CV-1781 (JCS)

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Telephone: 215-864-2800
Facsimile: 215-864-2810

*Co-Lead Counsel For Plaintiffs*

By: /s/ Megan Dixon

Megan Dixon (Cal. Bar No. 162895)
**HOGAN LOVELLS US LLP**
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
E-Mail:  megan.dixon@hoganlovells.com

Robert F. Leibenluft (admitted pro hac vice)
William L. Monts, III (admitted pro hac vice)
Benjamin F. Holt (admitted pro hac vice)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC  20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
E-Mail:  robert.leibenluft@hoganlovells.com
            william.monts@hoganlovells.com
            benjamin.holt@hoganlovells.com

*Attorneys for Defendants*
*American Society for Reproductive Medicine and Society for Assisted Reproductive Technology*

- 2 -
JOINT CMC STATEMENT
CASE NO. 11-CV-1781 (JCS)

**CERTIFICATION**

I, Rosemary M. Rivas, am the ECF User whose identification and password are being used to file this **JOINT CASE MANAGEMENT CONFERENCE STATEMENT.**  Pursuant to Civil L.R. 5-1(i), I attest that Megan Dixon has concurred in this filing.

 /s/ Rosemary M. Rivas
Rosemary M. Rivas