Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Michael G. McLellan (admitted *pro hac vice*)
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington DC, 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Co-Lead Counsel for Plaintiffs

[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LINDSAY KAMAKAHI and JUSTINE LEVY, individually, and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY.

Defendants.

Case No. 3:11-CV-1781 JCS

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR (1) PRELIMINARY APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES AND (3) APPROVAL OF CLASS NOTICE**

WHEREAS, on January 29, 106, Plaintiffs filed a Motion seeking (1) preliminary approval of a complete settlement of this matter ("Settlement"); (2) preliminary certification of a Settlement Class; and (3) approval of class notice ("Motion"); and

WHEREAS, no party opposes this Motion; and

WHEREAS, Defendants do not intend to file a response to the Motion; and

WHEREAS, this Court has scheduled a Case Management Conference at 2:00 pm on February 12, 2016; and

WHEREAS, this Court hears civil motions on Fridays at 9:30 am; and

WHEREAS, the parties believe that holding the hearing on the Motion on February 12, 2016 – thus accelerating preliminary approval of the Settlement, certification of the Settlement Class, determination of the adequacy of the proposed notices, the provision of notice to the Settlement Class, and the date of any final approval hearing – will promote the just, speedy, and inexpensive determination of the Action; and

WHEREAS, the parties therefore request that the Motion be heard during the Court's regular motions hearing at 9:30 am on Friday, February 12, 2016 in lieu of the Case Management Conference scheduled for that date; and

WHEREAS, no previous time modification has been made in connection with the hearing on the Motion; and

NOW, THEREFORE, under Civil Local Rules 6-1(b) and 6-2, the parties stipulate to the following, subject to Court approval:

1. The hearing on Plaintiffs' motion for (1) preliminary approval of a complete settlement of this matter; (2) preliminary certification of a Settlement Class; and (3) approval of class notice is set for hearing on **FEBRUARY 12, 2016** at **9:30 am** in place of the Case Management Conference scheduled for 2:00 pm on that date ; and

2. Defendants shall file no response to Plaintiffs' Motion.

Dated: January 29, 2016

Respectfully Submitted,

**FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
    Rosemary M. Rivas

One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Douglas G. Thompson
dthompson@finkelsteinthompson.com
Michael G. McLellan
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

Bryan L. Clobes
bclobes@caffertyclobes.com
Ellen Meriwether
emeriwether@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Telephone: 215-864-2800
Facsimile: 215-864-2810

*Co-Lead Counsel For Plaintiffs*

By: /s/ Megan Dixon

Megan Dixon (Cal. Bar No. 162895)
**HOGAN LOVELLS US LLP**
3 Embarcadero Center
Suite 1500
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499
E-Mail:  megan.dixon@hoganlovells.com

Robert F. Leibenluft (admitted pro hac vice)
William L. Monts, III (admitted pro hac vice)
Benjamin F. Holt (admitted pro hac vice)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: robert.leibenluft@hoganlovells.com
william.monts@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Defendants*
*American Society for Reproductive Medicine and Society for Assisted Reproductive Technology*

**CERTIFICATION**

I, Rosemary M. Rivas, am the ECF User whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR (1) PRELIMINARY APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES AND (3) APPROVAL OF CLASS NOTICE. Pursuant to Civil L.R. 5-1(i), I attest that Megan Dixon has concurred in this filing.

/s/ Rosemary M. Rivas
Rosemary M. Rivas

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION,**

1. The hearing on Plaintiffs' motion for (1) preliminary approval of a complete settlement of this matter; (2) preliminary certification of a Settlement Class; and (3) approval of class notice is set for hearing on **FEBRUARY 12, 2016** at **2:00 pm** in Courtroom G, 15th Floor, San Francisco before Chief Magistrate Judge Joseph C. Spero; and

2. Defendants shall file no response to Plaintiffs' Motion.

**IT IS SO ORDERED.**

DATED: February 8, 2016

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Joseph C. Spero

Chief Magistrate Judge Joseph C. Spero