Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Michael G. McLellan (admitted *pro hac vice*)
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSAY KAMAKAHI and JUSTINE LEVY, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY.<br><br>Defendants. | Case No. 3:11-CV-1781 JCS<br><br>**SUPPLEMENT TO UNOPPOSED MOTION FOR (1) PRELIMINARY APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES AND (3) APPROVAL OF CLASS NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

Pursuant to the Court's instruction at the March 4, 2016 hearing, Plaintiffs submit this Supplement to their unopposed Motion for (1) Preliminary Approval of Settlement; (2) Certification of Class for Settlement Purposes and (3) Approval of Class Notice. The parties have met and conferred at the Court's instruction, and hereby submit the following documents for the Court's approval.

*First*, Exhibit 1 to the Declaration of Michael G. McLellan ("McLellan Dec.") submitted herewith is a fully executed stipulation of settlement that the parties agree will replace the one provided this Court on January 29, 2016. Exhibit 2 is a document showing the changes made to the settlement agreement. In short, they are as follows:

- Paragraphs 20 and 21 of the settlement agreement, which defined the class and individual claims that will be released by the Settlement, have been narrowed significantly to address the Court's concerns relating to future claims and the scope of the release.
- Paragraphs 53(b), 53(c), 53(d), and 54(b) of the Settlement Agreement, which define Defendants' settlement commitments, have been modified to more precisely define Defendants' obligations under the Settlement.

Exhibit 1 also corrects certain minor typographical errors in the settlement agreement.

*Second*, Exhibit 3 of the Settlement Agreement contains the text of the Notice, which the parties have agreed with replace the one filed with this Court on January 29, 2016. Exhibit 4 is a document showing the changes to the Notice, which (1) reflect the modifications to the settlement agreement, and (2) state that statutes of limitations may be applicable to class members' damages claims.

Plaintiffs also attach a Proposed Order to this supplement, which grants the relief sought in the Motion (preliminary approval, preliminary certification, and approval of the plan of notice). It is identical to the one provided with the Motion, except that it provides suggested appropriate dates for all intervening deadlines between preliminary approval and the final approval hearing, assuming the Court enters the Proposed Order forthwith. While the proposed order does not contain a date for the final approval hearing, Plaintiffs submit that August 26, 2016 at 9:30 am would be an appropriate date for that hearing, if convenient for the Court.

Pursuant to the Court's instruction, Plaintiffs have not noticed a hearing in connection with this Supplement. Of course, if the Court should have any questions or desire further information, we will make ourselves available or provide the requested information at the Court's convenience.

Dated: March 18, 2016

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas

**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Douglas G. Thompson
dthompson@finkelsteinthompson.com
Michael G. McLellan
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

Bryan L. Clobes
bclobes@caffertyclobes.com
Ellen Meriwether
emeriwether@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER
 & SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Telephone: 215-864-2800
Facsimile: 215-864-2810

*Co-Lead Counsel for Plaintiffs*